```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


ROSARIO A. FIORANI, JR.         )
  7115 Latour Court             )
  Kingstowne, VA 22315,         )
                                )
         Plaintiff,             )
                                )
     v.                         )
                                ) Civil Action No. 06-739(RWR)
UNITED STATES OF AMERICA,       )
DEPT. OF JUSTICE, Civil Rights  )
and Constitutional Rights       )
Sections,                       )
                                )
DAVID HACKNEY, ESQ.,            )
in his official capacity as     )
an AUSA                         )
                                )
GLENN A. TRIMPER, ESQ.          )
in his personal/official        )
capacity,                       )
                                )
JOHN WANAT, Spec. Agent CID,    )
KEVIN DAVIES, Spec. Agent,      )
CID,                            )
                                )
JASON MINARD, alleged witness,  )
                                )
                                )
         Defendants.            )
```

<u>PRAECIPE</u>

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendants in this action.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              United States Attorney
                              D.C. Bar #451058

                                                _____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Federal Defendants' Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Rosario A. Fiorani, Jr., 7115 Latour Court, Kingstowne, VA. 22315, on July 31, 2006.

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)