UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSARIO A. FIORANI, JR. )<br>)<br>Plaintiff, )<br>)<br>v. ) | Civil Action No. 06-739 (RWR) |
| )<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>_____ ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendants' motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that the Federal Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C.  20530

Rosario A. Fiorani
7115 Latour court
Kingstowne, Va.  22315