CLOSED

# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CRIMINAL DOCKET FOR CASE #: 1:98-cr-00340-JCC-1

| | |
|---|---|
| Case title: USA v. Fiorani | Date Filed: 09/09/1998 |

Assigned to: District Judge James C. Cacheris

**Defendant**

| | | |
|---|---|---|
| **Rosario Anthony Fiorani, Jr.** (1)<br>*TERMINATED: 09/09/1998* | represented by | **Glen Allen Trimper**<br>2034 Eisenhower Avenue<br>Suite 101<br>Alexandria, VA 22314<br>703-548-2918<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1343 WIRE FRAUD (Ct.1: 12/2/97); (Ct.2: 12/20/97); (Ct.3: 12/22/97); (Ct.4: 12/23/97)<br>(1) | Dismissed on motion of U.S. |
| 18:1343 WIRE FRAUD (Ct.1: 12/2/97); (Ct.2: 12/20/97); (Ct.3: 12/22/97); (Ct.4: 12/23/97)<br>(2) | B.O.P. for 60 days + 3 yrs SR w/special condition serve 6 mos. in home confinement with electronic monitoring. |
| 18:1343 WIRE FRAUD (Ct.1: 12/2/97); (Ct.2: 12/20/97); (Ct.3: 12/22/97); (Ct.4: 12/23/97)<br>(3-4) | Dismissed on motion of U.S. |
| 18:912 FALSE Personation of an Officer or Employee of the United States. (Ct.5: September 1997)<br>(5) | Dismissed on motion of U.S. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                                    **Disposition**

None

---

**Plaintiff**

USA
*TERMINATED: 09/09/1998*

represented by **G. David Hackney**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/1998 | 1 | INDICTMENT, a true bill, returned in open Court before Judge Cacheris and filed as to Rosario Anthony Fiorani (1) count(s) 1-4,5. Warrant to be issued. (agil) (Entered: 09/10/1998) |
| 09/09/1998 |  | BENCH WARRANT issued as to Rosario Anthony Fiorani Jr. (agil) (Entered: 09/10/1998) |
| 09/10/1998 |  | Arraignment set for 9:00 9/21/98 for Rosario Anthony Fiorani Jr. (agil) (Entered: 09/10/1998) |
| 09/10/1998 |  | Initial appearance as to Rosario Anthony Fiorani Jr. held before Magistrate Judge Theresa C. Buchanan ( 218) USA appeared through: Hackney. Dft(s) appeared through: w/o. (Defendant informed of rights.) Deft will retain atty. Gardner. Deft placed on PR Bond. Matter cont for STATUS which deft does not need to appear if deft's counsel files a appearance prior to date. Matter cont. for ARRAIGN. Deft released after cond. are met. (lbac) (Entered: 09/10/1998) |
| 09/10/1998 |  | ARREST of Rosario Anthony Fiorani Jr. (lbac) (Entered: 09/10/1998) |
| 09/10/1998 | 2 | ARREST WARRANT Returned Executed as to Rosario Anthony Fiorani Jr. on 9/10/98 (lbac) (Entered: 09/10/1998) |
| 09/10/1998 |  | Status conference as to Rosario Anthony Fiorani Jr. set at 10:00 9/15/98 * NOT Necessary if retained counsel files an appearance prior to date (lbac) (Entered: 09/10/1998) |
| 09/10/1998 | 3 | ORDER Setting Conditions of Release as to Rosario Anthony Fiorani Jr. ( Signed by Magistrate Judge Theresa C. Buchanan ) (lbac) (Entered: 09/10/1998) |

| | | |
|---|---|---|
| 09/10/1998 | | Rosario Anthony Fiorani Jr. released on PR Bond (lbac) (Entered: 09/10/1998) |
| 09/15/1998 | 4 | CJA 20 as to Rosario Anthony Fiorani Jr. Appointment of Attorney Glen Allen Trimper Voucher # 0704479 ( Approved by Magistrate Judge Theresa C. Buchanan ) (avax) (Entered: 09/15/1998) |
| 09/15/1998 | | Status conference as to Rosario Anthony Fiorani Jr. held before Magistrate Judge Theresa C. Buchanan ( 219) USA appeared through: Spector. Dft(s) appeared through: w/o. Court to appt atty. Matter cont. for STATUS. (lbac) (Entered: 09/16/1998) |
| 09/15/1998 | 5 | CJA 23 FINANCIAL AFFIDAVIT by Rosario Anthony Fiorani Jr. (lbac) (Entered: 09/16/1998) |
| 09/15/1998 | | Status conference as to Rosario Anthony Fiorani Jr. set at 10:00 9/16/98 (lbac) (Entered: 09/16/1998) |
| 09/16/1998 | | Status conference as to Rosario Anthony Fiorani Jr. held before Magistrate Judge Theresa C. Buchanan ( 241) USA appeared through: none. Dft(s) appeared through: Trimper. Matter cont. for ARRAIGN. (lbac) (Entered: 09/16/1998) |
| 09/21/1998 | | Arraignment as to Rosario Anthony Fiorani Jr. held. Deft. WFA, PNG and demanded a jury trial. 30 days to file motions. Motion Hearing set for 9:00 10/30/98 for Rosario Anthony Fiorani Jr. Jury Trial set for 10:00 11/3/98 for Rosario Anthony Fiorani Jr. ; before Judge T. S. Ellis III ( Reporter: Linnell) USA appeared through: Hackney Dft(s) appeared w/ counsel Trimper. All exhibits to be filed w/in 5 working days before trial. Deft. cont'd on bond. (clerk) Modified on 09/21/1998 (Entered: 09/21/1998) |
| 09/28/1998 | 6 | ORDER for Discovery and Inspection as to Rosario Anthony Fiorani Jr., ( Signed by Judge Claude M. Hilton ) Copies Mailed: yes (agil) (Entered: 09/30/1998) |
| 09/30/1998 | 7 | MOTION by Rosario Anthony Fiorani Jr. for Discovery (agil) (Entered: 09/30/1998) |
| 10/15/1998 | 8 | Federal Rule of Evidence 404(B) NOTICE of by USA as to Rosario Anthony Fiorani Jr. (agil) (Entered: 10/15/1998) |
| 10/20/1998 | 9 | MOTION In Limine filed by Rosario Anthony Fiorani Jr. (agil) (Entered: 10/20/1998) |
| 10/20/1998 | 10 | MOTION to Suppress filed by Rosario Anthony Fiorani Jr. (agil) (Entered: 10/20/1998) |
| 10/20/1998 | 11 | MOTION to Suppress filed by Rosario Anthony Fiorani Jr. (agil) (Entered: 10/20/1998) |
| 10/20/1998 | 12 | MOTION in Opposition to the Government's use of certain 404B Evidence filed by Rosario Anthony Fiorani Jr. (agil) (Entered: 10/20/1998) |

| Date | No. | Description |
|---|---|---|
| 10/28/1998 | 13 | Government's Opposition to Defendant's Motions to Supress Evidence Seized from Defendant's residence and Vehicle, to Supress Statements, to Exclude 404(b) Evidence and to Exclude Evidence of Defendant's Possession of Firearms as to Rosario Anthony Fiorani Jr. (agil) (Entered: 10/28/1998) |
| 10/28/1998 | 14 | Government's Proposed Jury Instructions by USA as to Rosario Anthony Fiorani Jr. (agil) (Entered: 10/28/1998) |
| 10/28/1998 | 15 | Governemtn's Exhibit List tog. w/ Exhibits filed by USA as to Rosario Anthony Fiorani Jr. (See Trial Exhibit Custody Form) (agil) (Entered: 10/28/1998) |
| 10/28/1998 | 16 | Trial Exhibit Custody Form filed by USA as to Rosario Anthony Fiorani Jr.(All Govt. Exhibits returned to Jane Nelson) (agil) (Entered: 10/28/1998) |
| 10/30/1998 |  | Motion hearing held as to Rosario Anthony Fiorani Jr. re: [12-1] motion filed by Rosario Anthony Fiorani Jr., [11-1] motion filed by Rosario Anthony Fiorani Jr., [10-1] motion filed by Rosario Anthony Fiorani Jr., [9-1] motion In Limine filed by Rosario Anthony Fiorani Jr. before Judge Gerald B. Lee ( Farmer.) USA appeared through: David Hockney/Rob Spencer. Dft(s) appeared through: Glen Trimper. Motions heard; testimony taken - argued. Motion to suppress - denied but statements re: location of weapons will not be allowed at trial. Motion in Limine to exclude 404 evidence re: prior acts - granted. Order to follow. Waiver of jury trial ent and filed in open court. Trial will proceed as a bench trial. Deft cont on present bond. (jsol) (Entered: 10/30/1998) |
| 10/30/1998 | 17 | WAIVER of Right to Trial by Jury by Rosario Anthony Fiorani Jr. - ent and filed in open court (jsol) (Entered: 10/30/1998) |
| 11/02/1998 |  | Change of Plea Hearing as to Rosario Anthony Fiorani Jr. held before Judge James C. Cacheris ( Reporter: McCoy) USA appeared through: G.David Hackney Dft(s) appeared with: Glen Trimper. Deft. w/d his plea of NG and entered a plea of G to Count 2 of the Indictment -accepted. Order dismissing remaining counts- filed in open court. Case referred to P.O. for psi and cont. until 1-29-99 @ 9:00 for g/l sentencing. Deft's bond cont. (clerk) (Entered: 11/02/1998) |
| 11/02/1998 |  | PLEA entered by Rosario Anthony Fiorani Jr.. Court accepts plea. by Rosario Anthony Fiorani Jr. Guilty: Rosario Anthony Fiorani (1) count(s) 2 Terminated motions: (clerk) (Entered: 11/02/1998) |
| 11/02/1998 | 18 | Plea Agreement as to Rosario Anthony Fiorani Jr. (clerk) (Entered: 11/02/1998) |
| 11/02/1998 | 19 | STATEMENT OF FACTS as to Rosario Anthony Fiorani Jr. (clerk) (Entered: 11/02/1998) |
| 11/02/1998 | 20 | ORDER as to Rosario Anthony Fiorani Jr., Dismissing Count 1,3,4 & 5 of the Pending Indictment. ( Signed by Judge James C. Cacheris ) Copies Mailed: y (clerk) (Entered: 11/02/1998) |

| | | |
|---|---|---|
| 11/02/1998 | | Sentencing set for 9:00 1/29/99 for Rosario Anthony Fiorani Jr. Rosario Anthony Fiorani (1) count(s) 2 (clerk) (Entered: 11/02/1998) |
| 11/02/1998 | | DISMISSAL of Count(s) on Government Motion as to Rosario Anthony Fiorani Jr. Counts Dismissed: Rosario Anthony Fiorani (1) count(s) 1, 3-4, 5 (clerk) (Entered: 11/02/1998) |
| 12/14/1998 | 21 | ORDER that the defendant shall submit to and pay for mental health counseling as directed by pretrial services as to Rosario Anthony Fiorani Jr., ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (agil) (Entered: 12/14/1998) |
| 01/15/1999 | 22 | POSITION of the Defendant with Respect to Sentencing Factors filed by Rosario Anthony Fiorani Jr. (agil) (Entered: 01/15/1999) |
| 01/19/1999 | 23 | POSITION of the Government with Respect to Sentencing Factors tog. w/ attachments filed by USA as to Rosario Anthony Fiorani Jr. (agil) Modified on 01/20/1999 (Entered: 01/20/1999) |
| 01/27/1999 | 24 | Addendum POSITION of the Defendant with Respect to Sentencing Factors by Rosario Anthony Fiorani Jr. (agil) (Entered: 01/28/1999) |
| 01/29/1999 | | Sentencing held before Judge James C. Cacheris ( Reporter: K. Hopchas) USA appeared through: D. Hackney Dft(s) appeared with: G. Trimper. Courtroom clerk: J.Schildt. Rosario Anthony Fiorani (1) count(s) 2. Judgment: Guilty. Deft. committed to the custody of the B.O.P. for 60 days + 3 yrs SR w/special condition serve 6 mos. in home confinement w/electronic monitoring and pay the cost of electronic monitoring. Other special conditions are: Deft. shall provide the probation officer with access to requested financial information. Participate in a mental health program as directed and approved by P.O. Deft. shall have no further contact with the victims in this case. Deft. is to obtain and maintain full employment and provide P.O. with detailed employment information. Credit for time spent in custody for this charge. $100.00 SA. Voluntary surrender when directed. (clerk) Modified on 02/04/1999 (Entered: 02/04/1999) |
| 01/29/1999 | 25 | JUDGMENT in a Criminal Case Rosario Anthony Fiorani (1) count(s) 2. ( Signed by Judge James C. Cacheris ) Copies Mailed: y (clerk) (Entered: 02/04/1999) |
| 02/10/1999 | 26 | NOTICE OF APPEAL filed by Rosario Anthony Fiorani (1) count(s) 2 for Order dated 1/29/99. Copies of Notice, docket entries, Order sent to USCA. Copies of Notice to USAtty. (Copies sent on 2/11/99) (agil) (Entered: 02/11/1999) |
| 02/16/1999 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Rosario Anthony Fiorani Jr. (clar) (Entered: 02/16/1999) |
| 02/18/1999 | 27 | MOTION to Vacate 2255 by Rosario Anthony Fiorani Jr. ( Civil Action # 99-200) copies mailed 2/19/99 (clar) (Entered: 02/19/1999) |
| 02/19/1999 | | USCA Case Number as to Rosario Anthony Fiorani Jr. Re: [26-1] appeal USCA Number: 99-4108 Case manager: Sue Nagle (clar) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 02/24/1999) |
| 02/19/1999 | 29 | USCA Order appointing Glen Allen Trimper as counsel for appellant (clar) (Entered: 02/24/1999) |
| 02/22/1999 | 28 | ORDER denying without prejudice [27-1] 2255 motion as to Rosario Anthony Fiorani (1) ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (clar) (Entered: 02/23/1999) |
| 03/11/1999 | 30 | USCA Order that the court dismisses this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure Copies Mailed: (clar) (Entered: 03/24/1999) |
| 03/24/1999 | 31 | Judgment Returned Executed as to Rosario Anthony Fiorani Jr.; on 3/10/99 (clerk) (Entered: 03/29/1999) |
| 04/28/1999 | 32 | MOTION by Rosario Anthony Fiorani Jr. for Government Provided Transcripts. (dper) (Entered: 04/29/1999) |
| 04/29/1999 | 33 | ORDER as to Rosario Anthony Fiorani Jr. denying [32-1] motion for Government Provided Transcripts. Further, advising dft that he may appeal within 60 days. (Signed by Judge James C. Cacheris) Copies Mailed: yes (dper) (Entered: 04/29/1999) |
| 05/19/1999 | 34 | NOTICE OF APPEAL of Order Dated 4/29/99 by Rosario Anthony Fiorani Jr. Copy of Notice mailed to US Atty. Copy of Notice, Order Appealed and docket entries mailed to USCA. (dper) (Entered: 05/26/1999) |
| 05/26/1999 |  | COPY of Notice of appeal to all parties and copy of docket entries as to Rosario Anthony Fiorani Jr. to USCA: [34-1] appeal (dper) (Entered: 05/26/1999) |
| 06/15/1999 |  | Certified and transmitted record on appeal to U.S. Court of Appeals as to Rosario Anthony Fiorani Jr. : [34-1] appeal. (dper) (Entered: 06/15/1999) |
| 07/01/1999 | 35 | Copy of ORDER from USCA dismissing appellant's pro se motion to reopen appeal, without prejudice to appellant's refiling the motion by counsel as to Rosario Anthony Fiorani Jr. () (dper) (Entered: 07/01/1999) |
| 07/14/1999 | 36 | ORDER treating deft's letter dated July 7, 1999, as a motion for the appointment of counsel as to Rosario Anthony Fiorani Jr.; and denying such motion. Further, advising deft that he may appeal within 60 days of the date of this Order. (Signed by Judge James C. Cacheris) Copies Mailed: yes (dper) (Entered: 07/14/1999) |
| 07/14/1999 | 37 | Letter dated 7/7/99 treated as a MOTION by Rosario Anthony Fiorani Jr. for Appointment of Counsel. (dper) (Entered: 07/14/1999) |
| 08/04/1999 | 38 | NOTICE OF APPEAL of Order Dated 7/14/99 by Rosario Anthony Fiorani Jr. (dper) (Entered: 08/06/1999) |
| 08/06/1999 |  | Copy of Notice of appeal to all parties. Copy of Order filed on 7/14/99 and copy of docket entries as to Rosario Anthony Fiorani Jr. to USCA. (dper) (Entered: 08/06/1999) |

| | | |
|---|---|---|
| 08/12/1999 | | USCA Case Number as to Rosario Anthony Fiorani Jr. Re: [38-1] appeal USCA Number: 99-7060 - Sharon A. Wiley, Case Manager. (dper) (Entered: 08/18/1999) |
| 08/13/1999 | 39 | Copy of OPINION, decided 8/12/99, affirming on the reasoning of the district court as to Rosario Anthony Fiorani Jr. Further, deft's "motions to expedite appeal(s) on Appellant's requests for grand jury transcripts, all other transcripts from criminal trial and for appointment of new counsel, regarding criminal appeals," to the extent that they refer to this appeal, are denied as moot (dper) (Entered: 08/16/1999) |
| 08/18/1999 | | Transmitted Supplemental Record on Appeal in one volume: as to Rosario Anthony Fiorani Jr. [38-1] appeal (dper) (Entered: 08/18/1999) |
| 08/25/1999 | 40 | Copy of Letter from USCA that the mandate in this case will not issue at the scheduled time because a timely petition for rehearing en banc has been filed as to Rosario Anthony Fiorani Jr. (dper) (Entered: 08/25/1999) |
| 09/24/1999 | 41 | Memorandum to Judge Cacheris filed UNDER SEAL by US Probation Office as to Rosario Anthony Fiorani Jr. (Approved: AVB - 09/24/99) (dper) (Entered: 09/29/1999) |
| 09/24/1999 | 42 | Copy of ORDER from USCA transferring deft's ex parte motion to U.S. District Court as to Rosario Anthony Fiorani Jr. (FILED UNDER SEAL) () (dper) Modified on 09/29/1999 (Entered: 09/29/1999) |
| 09/24/1999 | 43 | MOTION by Rosario Anthony Fiorani Jr. SEALED MOTION (dper) (Entered: 09/29/1999) |
| 10/13/1999 | 44 | Copy of ORDER from USCA denying petition for rehearing en banc as to Rosario Anthony Fiorani Jr. () (dper) (Entered: 10/14/1999) |
| 10/21/1999 | 45 | JUDGMENT AND OPINION OF USCA (certified copy) as to Rosario Anthony Fiorani Jr. Re: [34-1] appeal affirming judgment of the District Court. The record has been retained for use in case number: 99-7060. (dper) (Entered: 10/27/1999) |
| 11/30/1999 | 46 | MEMORANDUM OPINION as to Rosario Anthony Fiorani Jr. (Signed by Judge James C. Cacheris) (dper) (Entered: 12/01/1999) |
| 11/30/1999 | 47 | ORDER in accordance with Memorandum Opinion as to Rosario Anthony Fiorani Jr. denying [43-1] SEALED MOTION as to Rosario Anthony Fiorani (1). Further, advising deft that he may appeal from this Order within 60 days. (Signed by Judge James C. Cacheris) Copies Mailed: yes (dper) (Entered: 12/01/1999) |
| 12/06/1999 | 48 | NOTICE OF APPEAL of Order Dated 11/30/99 by Rosario Anthony Fiorani Jr. Copy of Notice mailed to US Atty. Copy of Notice, Order Appealed and docket entries mailed to USCA. (dper) (Entered: 12/15/1999) |
| 01/11/2000 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Rosario Anthony Fiorani Jr. : Volumes sent (2) (clerk) (Entered: 01/11/2000) |

| | | |
|---|---|---|
| 03/01/2000 | 49 | SUPREME COURT ORDER, as to Rosario Anthony Fiorani Jr., Filed 2/22/00 Denying Certiorari. (clerk) (Entered: 03/02/2000) |
| 03/09/2000 | 51 | MOTION by Rosario Anthony Fiorani Jr. SEALED MOTION (clerk) (Entered: 03/29/2000) |
| 03/23/2000 | 50 | Government's Response to Defendant's Motion for Ineffective Assistance of Counsel as to Rosario Anthony Fiorani Jr. re [27-1] 2255 motion (clerk) (Entered: 03/23/2000) |
| 03/24/2000 | | Motion hearing held as to Rosario Anthony Fiorani Jr. re: deft's motion for ineffective assistance of counsel re: 2255 motion before Judge James C. Cacheris (r: S. Moses) USA appeared through: Kathy Kahoe. Dft appeared in person w/o counsel. Glen Trimper present in court. Motion argued and taken under advisement. (dper) (Entered: 03/24/2000) |
| 03/27/2000 | 53 | Documents filed by defendant Rosario Anthony Fiorani Jr. (Boxed Documents Labeled Fiorani's Evidence of Prosecutions Misconduct) (clerk) (Entered: 03/29/2000) |
| 03/29/2000 | 52 | ORDER as to Rosario Anthony Fiorani Jr. Denying Ex Parte Motion 2255 (Signed by Judge James C. Cacheris) Copies Mailed: yes (clerk) (Entered: 03/29/2000) |
| 03/30/2000 | 54 | Supreme Court Order was Filed on March 27, 2000 Denying Certiorari. Copies Mailed: yes (clerk) (Entered: 03/31/2000) |
| 03/30/2000 | 55 | NOTICE OF APPEAL by Rosario A. Fiorani, Jr.. Appealing Order dated 3/29/00. (clerk) (Entered: 04/03/2000) |
| 04/03/2000 | | Notice of appeal, Order dated 3/29/00, and certified copy of docket as to Rosario Anthony Fiorani Jr. to USCA: [55-1] appeal (clerk) (Entered: 04/03/2000) |
| 04/10/2000 | | USCA Case Number as to Rosario Anthony Fiorani Jr. Re: [55-1] appeal USCA Number: 00-6465 Case Manager: S.J. Beasley (clerk) (Entered: 04/11/2000) |
| 04/24/2000 | 56 | JUDGMENT AND OPINION OF USCA (certified copy) as to Rosario Anthony Fiorani Jr. Re: [55-1] appeal affirming judgment/order Rosario Anthony Fiorani (1) count(s) 1, 2, 3-4, 5 (clerk) (Entered: 04/24/2000) |
| 06/12/2000 | 57 | JUDGMENT AND OPINION OF USCA (certified copy) as to Rosario Anthony Fiorani Jr. Re: affirming judgment/order Rosario Anthony Fiorani (1) count(s) 1, 2, 3-4, 5 (clerk) (Entered: 06/14/2000) |
| 06/13/2000 | | Record on Appeal as to Rosario Anthony Fiorani Jr. returned from U.S. Court of Appeals: [55-1] appeal, [26-1] appeal # volumes returned 2 (clerk) (Entered: 06/19/2000) |
| 07/05/2000 | 58 | PETITION AND ORDER on Probation/Supervised Release as to Rosario Anthony Fiorani Jr. a summons be issued for Violation of Supervised Release Rosario Anthony Fiorani (1) count(s) 2 signed by Judge James C. Cacheris ) (clerk) (Entered: 07/06/2000) |

| | | |
|---|---|---|
| 07/06/2000 | | SUMMONS issued for Rosario Anthony Fiorani Jr. for Supervised Release Viol. Hrg. on 7/18/00 at 10 a.m. before TCB. (clerk) (Entered: 07/07/2000) |
| 07/07/2000 | | Supervised Release Violation Hearing as to Rosario Anthony Fiorani Jr. set for 10:00 a.m. on 7/18/00 (clerk) (Entered: 07/07/2000) |
| 07/18/2000 | | Minute entry as to Rosario Anthony Fiorani Jr.: before Magistrate Judge Theresa C. Buchanan (269) USA appeared through: ONeill. Dft(s) appeared through: Trimper. Matter on for Rule 5 as to violation of supervised release. Deft contest the violations. Matter continued for PH as to the violations. (lbac) (Entered: 07/18/2000) |
| 07/18/2000 | | Probation Violation Hearing as to Rosario Anthony Fiorani Jr. set 10:00 7/20/00 for Judge Buchanan (lbac) (Entered: 07/18/2000) |
| 07/18/2000 | 59 | SUMMONS Returned Executed as to Rosario Anthony Fiorani Jr. Posted on 7/12/00 (clerk) (Entered: 07/18/2000) |
| 07/20/2000 | | Minute entry as to Rosario Anthony Fiorani Jr.: before Magistrate Judge Theresa C. Buchanan (269) USA appeared through: ONeill. Dft(s) appeared through: Trimper. Matter on for preliminary hrg. as to violations. Gov witness called. Gov adduced evidence & rests. Court finds probable cause as to violations. Matter continued before Judge Cacheris for further hrgs. as to the violations of Supervised Release. (lbac) (Entered: 07/20/2000) |
| 07/20/2000 | | Supervised Release Violation Hearing as to Rosario Anthony Fiorani Jr. set 9:00 7/28/00 for Judge Cacheris (lbac) (Entered: 07/20/2000) |
| 07/21/2000 | 60 | REPORT of Hearing on Violation of Supervised Release and ORDER as to Rosario Anthony Fiorani Jr.: ordered that deft appear before Judge Cacheris on 7/28/00 @ 9AM and deft is continued on supervised release ( Signed by Magistrate Judge Theresa C. Buchanan ) Copies Mailed: yes (lbac) (Entered: 07/24/2000) |
| 07/24/2000 | 68 | MOTION to Vacate 2255 by Rosario Anthony Fiorani Jr. (Civil Action # 00-1222-AM) (clerk) (Entered: 08/10/2000) |
| 07/25/2000 | 61 | CJA 20 as to Rosario Anthony Fiorani Jr. Appointment of Attorney Glen Trimper for SR Violation Hrg. (clerk) (Entered: 07/25/2000) |
| 07/26/2000 | 62 | MEMORANDUM by USA as to Rosario Anthony Fiorani Jr. in support of Modification of Defendant's Conditions of Supervised Release. (clerk) (Entered: 07/26/2000) |
| 07/28/2000 | | Minute entry as to Rosario Anthony Fiorani Jr. before Judge James C. Cacheris (r: M. Rodriquez) USA appeared through: Sean O'Neill. Dft appeared with: Glen Trimper. Came on re: violation of supervised release - matter cont'd to 9/1/00 at 9:00 a.m. Deft shall make efforts to obtain fulltime employment and shall advise P.O. of names, addresses, and phone numbers of each effort. (dper) (Entered: 07/28/2000) |
| 07/28/2000 | 63 | ORDER, for reasons stated in open Court, the petition on supervised |

| | | |
|---|---|---|
| | | release is cont'd to 9/1/00 at 9:00 a.m. and deft shall make efforts to obtain fulltime employment and shall advise his P.O. of the names, addresses and telephone numbers of each such effort as to Rosario Anthony Fiorani Jr. (Signed by Judge James C. Cacheris) Copies Mailed: yes (dper) (Entered: 07/28/2000) |
| 07/28/2000 | | Supervised Release Violation Hearing as to Rosario Anthony Fiorani Jr. set 9:00 9/1/00. (dper) (Entered: 07/28/2000) |
| 07/28/2000 | 64 | MEMORANDUM OPINION as to Rosario Anthony Fiorani Jr. ( Signed by Judge James C. Cacheris ) (clerk) (Entered: 07/31/2000) |
| 07/28/2000 | 65 | ORDER as to Rosario Anthony Fiorani Jr. denying [68-1] 2255 motion without Prejudice, Should petitioner wish to appeal he shall file his notice of appeal with the Clerk of the Court Within 60 Days of the Date of this Order; the Clerk shall Forward copies of this order and accompanying Memorandum Opinion to Petitioner, pro se, and to the U.S. Attorney's Office for this District. ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (clerk) (Entered: 08/15/2000) |
| 08/02/2000 | 66 | USCA denies the petition for rehearing and rehearing en banc as untimely filed. (clerk) (Entered: 08/07/2000) |
| 08/08/2000 | 67 | USCA Order Denying petition for rehearing and rehearing en banc. (clerk) (Entered: 08/09/2000) |
| 08/10/2000 | | USCA Case Number 00-6465 Case Manager: S.J. Beasley as to Rosario Anthony Fiorani Jr. (jcup) (Entered: 08/21/2000) |
| 08/15/2000 | | ******Remove 2255 Flag from case****** (clerk) (Entered: 08/15/2000) |
| 08/15/2000 | 69 | USCA Order denying Motion for authorization to file a successive application for relief. Entered at the direction of Judge Williams, with the concurrence of Judge Traxler and Judge Michael. (clerk) (Entered: 08/15/2000) |
| 08/16/2000 | 70 | JUDGMENT AND OPINION OF USCA (certified copy) as to Rosario Anthony Fiorani Jr. Re: the court denies a certificate of appealability and dismisses the appeal (jcup) (Entered: 08/16/2000) |
| 08/16/2000 | 71 | COPY OF OPINION of the USCA decided, 03/30/00, denying a certificate of appealability and dismiss the appeal on the reasoning of the district court as to Rosario Anthony Fiorani Jr. re: [55-1] appeal (jcup) (Entered: 08/16/2000) |
| 08/18/2000 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Rosario Anthony Fiorani Jr. : Volume I Pleadings 1-71 and Volume II Pleadings 41 and 43. (clerk) (Entered: 08/18/2000) |
| 08/31/2000 | 72 | ORDER that the petition on supervised release dated July 5, 2000, is hereby denied w/out prejudice as to Rosario Anthony Fiorani Jr. The Court being advised that the deft has a job and there is therefore no need to hold a hearing on the petition for supervised release on 9/1/00. (Signed |

| | | |
|---|---|---|
| | | by Judge James C. Cacheris) Copies Mailed: yes (dper) (Entered: 08/31/2000) |
| 09/29/2000 | 73 | Copy of OPINION, decided 9/28/00, denying a certificate of appealability and dismissing the appeal on the reasoning of the district court as to Rosario Anthony Fiorani Jr. re: [55-1] appeal (ctat) (Entered: 10/03/2000) |
| 10/16/2000 | 74 | Letter from USCA as to Rosario Anthony Fiorani Jr. stating that the mandate in this case will not issue at the scheduled time because a timely petition for rehearing en banc has been filed. (ctat) (Entered: 10/17/2000) |
| 10/27/2000 | 75 | MOTION by Rosario Anthony Fiorani Jr. for Appointment of Counsel (clerk) (Entered: 10/30/2000) |
| 11/03/2000 | 76 | ORDER as to Rosario Anthony Fiorani Jr. denying [75-1] motion by Rosario Anthony Fiorani Jr. for Appointment of Counsel as to Rosario Anthony Fiorani (1) ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (ctat) (Entered: 11/03/2000) |
| 11/06/2000 | 77 | NOTICE OF APPEAL by Rosario A. Fiorani Jr. of Order dated November 3, 2000. (clerk) (Entered: 11/07/2000) |
| 11/07/2000 | | Notice of appeal and certified copy of docket, Motion for Appt. of Counsel and Order Dated 11/03/00 as to Rosario Anthony Fiorani Jr. Sent to USCA: [77-1] appeal (clerk) (Entered: 11/07/2000) |
| 11/20/2000 | | USCA Case Number as to Rosario Anthony Fiorani Jr. Re: [77-1] appeal USCA Number: 00-7615 Case Manager: S.J. Beasley (ctat) (Entered: 11/22/2000) |
| 12/29/2000 | 78 | USCA Order Denying the petition for rehearing en banc. (clerk) (Entered: 01/03/2001) |
| 01/08/2001 | 79 | JUDGMENT AND OPINION OF USCA (certified copy) as to Rosario Anthony Fiorani Jr. Denying Certificate of Appealability and Dismisses the Appeal (clerk) (Entered: 01/09/2001) |
| 01/09/2001 | | Record on Appeal as to Rosario Anthony Fiorani Jr. returned from U.S. Court of Appeals: [77-1] appeal # volumes returned 2 (clerk) (Entered: 01/09/2001) |
| 01/17/2001 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Rosario Anthony Fiorani Jr. : Volume I (pldg. 1-71) Volume II (pldg. 41 & 43) Volume III (pldg. 72-79) (clerk) (Entered: 01/17/2001) |
| 08/21/2001 | 80 | USCA Order as to Rosario Anthony Fiorani Jr. that the petition for rehearing en banc is denied. (ctat) (Entered: 08/22/2001) |
| 08/22/2001 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Rosario Anthony Fiorani Jr. - RETURNED TO PROBATION (pmet) (Entered: 08/22/2001) |
| 08/29/2001 | 81 | JUDGMENT AND OPINION OF USCA (certified copy) as to Rosario Anthony Fiorani Jr. Re: affirming judgment of the District Court (ctat) |

| | | |
|---|---|---|
| | | (Entered: 08/30/2001) |
| 08/30/2001 | | Record on Appeal as to Rosario Anthony Fiorani Jr. returned from U.S. Court of Appeals: [77-1] appeal # volumes returned 3 (ctat) (Entered: 09/13/2001) |
| 01/28/2004 | 82 | MOTION by Rosario Anthony Fiorani Jr. for reversal of unconstitutional conviction on ineffective assistance of counsel, prosecutorial and judcial misconduct, and brady violations (clerk) (Entered: 01/29/2004) |
| 02/03/2004 | | Deadline updated as to Rosario Anthony Fiorani Jr. Motion Hearing Deadline before Judge James C. Cacheris set for 9:00 2/6/04 for Rosario Anthony Fiorani Jr. for [82-1] motion by Rosario Anthony Fiorani Jr. for reversal of unconstitutional conviction on ineffective assistance of counsel, prosecutorial and judcial misconduct, and brady violations (clar) (Entered: 02/03/2004) |
| 02/03/2004 | | Per JCC chambers motions set for 2/6/4 on papers per JCC chambers they called and left a message that there would not be oral argument on his motion at the phone number provided by the deft. (clar) Modified on 02/04/2004 (Entered: 02/03/2004) |
| 02/03/2004 | 83 | ORDER as to Rosario Anthony Fiorani Jr. denying [82-1] motion by Rosario Anthony Fiorani Jr. for reversal of unconstitutional conviction on ineffective assistance of counsel, prosecutorial and judcial misconduct, and brady violations. Pltf's motion for appointment of new counsel is denied. Deft notified of right to appeal w/in 30 days of the date of entry of this Order. (See Order for further details) (Signed by Judge James C. Cacheris) Copies Mailed: yes (dper) (Entered: 02/04/2004) |
| 02/20/2004 | 84 | NOTICE OF APPEAL of order dated 2/3/04 by Rosario A. Fiorani, Jr. (kjon) (Entered: 02/25/2004) |
| 02/20/2004 | | Notice of appeal and certified copy of order dated 2/3/04 and docket sheet as to Rosario Anthony Fiorani Jr. to USCA: [84-1] appeal (kjon) Modified on 02/25/2004 (Entered: 02/25/2004) |
| 03/03/2004 | | USCA Case Number as to Rosario Anthony Fiorani Jr. Re: [84-1] appeal USCA Number: 04-6358; Case Manager: Lisa Jeringan (kjon) (Entered: 03/05/2004) |
| 03/08/2004 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Rosario Anthony Fiorani Jr. : [84-1] appeal (1 volume: pleadings 82-84) (kjon) (Entered: 03/08/2004) |
| 11/24/2004 | 85 | Copy of Opinion of USCA re: [84-1] appeal by Rosario Anthony Fiorani Jr. Dismissing by unpublished per curiam opinion; attached copy of judgment will not take effect until issuance of the mandate. (pmet) (Entered: 11/24/2004) |
| 01/10/2005 | 86 | USCA Order as to Rosario Anthony Fiorani Jr. re: the mandate in this case will not issue at the scheduled time because: a timley petition for rehearing en banc has been filed. (mcke) (Entered: 01/11/2005) |
| | | |

| | | |
|---|---|---|
| 02/23/2005 | 87 | JUDGMENT OF USCA (certified copy) with copy of opinion of USCA, the court denies a certificate of appealability and dismisses the re: [84-1] appeal as to Rosario Anthony Fiorani Jr. (mcke) (Entered: 02/24/2005) |
| 02/23/2005 | | Record on Appeal as to Rosario Anthony Fiorani Jr. returned from U.S. Court of Appeals: [84-1] appeal # volumes returned 1 (pleadings 82 - 84) (mcke) (Entered: 02/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/31/2006 15:54:44 | | | |
| PACER Login: | us0796 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:98-cr-00340-JCC |
| Billable Pages: | 9 | Cost: | 0.72 |