IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

F I L E D
FEB - 3 2004
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 98-0340-A |
| ) | |
| ROSARIO A. FIORANI, JR. ) | |
| ) | |
| Defendant. ) | |

O R D E R

Upon review of the record, the Court finds that the Defendant has filed two prior motions to vacate his sentence pursuant to 28 U.S.C. § 2255 on February 18, 1999 and on July 24, 2000. Both of these motions were decided against the Defendant. The Defendant has not complied with the requirement that a second or successive motion pursuant to 28 U.S.C. § 2255 must be certified by a panel of the court of appeals. Moreover, Defendants claim is time-barred under the one-year period of limitation. 28 U.S.C. § 2255 ¶ 6(1). The motion and the files in this case conclusively show that the Defendant is not entitled to relief. Moreover, the Defendant has no right to have counsel appointed to represent him in the motion to vacate proceedings. *United States v. Riley*, 21 Fed.Appx. 139, 141-142, 2001 WL 1261926, at *2 (4th Cir. 2001) (citing *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987)). Accordingly, it is hereby ORDERED that:

(1) Defendant's Motion for Reversal of Unconstitutional Conviction on Ineffective Assistance of Counsel, Prosecutorial and Judicial Misconduct, and Brady Violations is DENIED pursuant to Fed. R. Governing § 2255 P. 4(b), 9(b);

(2) Plaintiff's Motion for Appointment of New Counsel is DENIED;

(3) Should Defendant wish to appeal, he shall file his notice of appeal within thirty (30) days of the date of entry of this Order; and

(4) The Clerk of the Court shall forward copies of this Order to all counsel of record and to Plaintiff pro se.

February 3rd, 2004
Alexandria, Virginia

/s/ *signature*
UNITED STATES DISTRICT COURT JUDGE

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY *signature*
DEPUTY CLERK