July 31, 2006

Clerk's Office
United States District Court
for the District of Columbia
Attn: Judge Roberts and
 /or Chief Clerk
333 Constitution Avenue, N.W.
Washington, DC  20001

**RE:   COPY JUDICIAL ORDER TO FIND/LOCATE DEFENDANT G. DAVID HACKNEY.**

Dear Judge Roberts and Court Clerk:

     I am responding to the enclosed Judicial Order directing me, Plaintiff, Pro-Se, to find and locate for this Court's service(s) upon the defendant, G. David HACKNEY, Esq., a defendant in the filed civil suit, case number 06-739 RWR.

     Today, at 11:00 a.m. I went to the office of the United States Attorney's Office for the Eastern District of Virginia, Alexandria, where I met with three (3) U.S. Marshals, (USM) one of who's name is West Taylor. Agent Taylor looked at my order from Judge Roberts and made snide, arrogant, cynical and disparaging remarks to me when I asked for to see an AUSA to locate AUSA G. David HACKNEY. Agent Taylor told me, "I can't sue (David) HACKNEY and that HACKNEY is no longer here. He has left about 6-12 months ago." "He told me that it is a waste of time and that the GOVERNMENT is not going to help you find him." He then directed me to take a seat in the waiting room. It was 11:00 a.m. when I sat down to wait as someone from the AUSA's office on the 4th Floor will be down.

     After 90-minutes, 12:35, another USM came to me and told me that he just got a call from the 4th Floor's Civil Division, that the AUSA is not going to give me that information. And, when I told the USM, like those other three, (3) 90-minutes ago, who saw it, read it and then handed it back to me. This USM told me that the GOVERNMENT knows where HACKNEY is and the GOVERNMENT can serve him if the GOVERNMENT wanted to. But, the AUSA (no name given to me) from the 4th Floor, will not see me, and he will not give me any information on HACKNEY'S whereabouts.

     When I showed the USM your Court's Order, the USM said that the AUSA knew and did not care about any judicial order. I was not getting any information about HACKNEY. The

USM told me that, (from the AUSA), if the Judge wants to send an Order to them over here to get and have served HACKNEY'S whereabouts, –that the GOVERNMENT knows– where he is, tell the Judge to do so. But, you (Mr. FIORANI) are not getting any information on or about HACKNEY.

Therefore, I certify to this Court that I have used due diligence in trying to get legitimate information, not illegal to obtain, and not illegal to get pursuant to a Judicial Order, under 28 U.S.C. § 1915, and pursuant to the Federal Rules of Civil Procedures, that demands full compliance by the GOVERNMENT just like any other person under the U.S. Constitution's Due Process to prove his/her case.

Accordingly, it strongly appears that this District Court's U.S. Attorney's Office and those U.S. Marshals are knowingly, willfully and deliberately blocking, hindering and preventing a Pro-Se Plaintiff from obtaining all information relevant to serve a defendant, thus preventing me, a Pro-Se Plaintiff from getting this defendant before a court to prove my civil case against the GOVERNMENT and its agents or officers.

Enclosed are my notes from my 95 minutes waiting in the waiting room of the U.S. Attorney's Office in the Eastern District Court, Alexandria, VA.

*(signature)*
Rosario A. Fiorani, Jr.
Plaintiff, Pro-Se
7115 Latour Court
Kingstowne, VA  22315
(703) 719-0272 home

### CERTIFICATE OF SERVICE

Plaintiff certify I have mailed, postage prepaid to the U.S. GOVERNMENT, U.S. Attorney General's Office, U.S. Attorney's Office, Department of Justice, 935 Pennsylvania Avenue, N.W., Washington, D.C., 20850 on July 31, 2006.

*(signature)*
Rosario A. Fiorani, Jr.
Plaintiff, Pro-Se
7115 Latour Court
Kingstowne, VA  22315
(703) 719-0272 home

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Rosario A. Fiorani, Jr._
Plaintiff(s)

vs

Civil Action No. _06-739 RWR_

_United States of America,_
Defendant(s) _et al_

## ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_David Hackney_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _August 15, 2006_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rosario A. Fiorani, Jr.

vs.                                    C.A. No. 06-739 RWR

United States of America,
    et al

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: G. David Hackney, Esq.

Defendant's address: Last known address was USDC-EDVA-USAO - Jamison Avenue, Alex., VA - 22314

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

7/31/06

Marshall  11:00 AM.

West Taylor made remarks preventing me from locating him & was "flip" "arrogant" and refused to help locate, nor give info as to his whereabouts. awaiting 1 hr. 11-12.

12:35 P.M. - Gov't. USM. said that he was called by AUSA and told that they - Gov't. knows, but will not tell. 11. AUSA - per USM. would not give out info, except through grand-Ct. subpoena.