UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ROSARIO A. FIORANI, JR.      )
                             )
                             )
v.                           ) Civil Action No. 06-739 RWR
                             )
                             )
UNITED STATES OF AMERICA, ET AL.   )

### MOTION TO ADOPT MOTION OF UNITED STATES TO DISMISS

Comes now Defendant Glen A. Trimper and moves the Court to allow him to adopt as his own the Motion to Dismiss, the document Exhibits and Memorandum filed in support thereof by the Federal Defendant's in this case.

_____
Glen A. Trimper

### CERTIFICATE

I hereby certify that a true copy of the foregoing MOTION TO ADOPT was this 8th day of August mailed to Karen L. Melnik, AUSA, 555 Fourth Street, N. W. #4112, Washington, D.C. 20530 and to Rosario Fiorani, Jr. 7115 Latour Court, Kingstowne, Virginia 22315

_____
Glen A. Trimper

RECEIVED
AUG 9 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT