RECEIVED
AUG 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ROSARIO A. FIORANI, JR.
    PLAINTIFF, PRO-SE

v.   CIVIL ACTION NO: <u>06 - 0739 RWR</u>

UNITED STATES OF AMERICA

UNITED STATES ATTORNEY'S OFFICE
DAVID HACKNEY, ESQ.,

GLEN A. TRIMPER, ESQ.
AND

INTERNAL REVENUE SERVICE AGENTS
JOHN WANAT, SPEC. AGT. CID; AND
KEVIN DAVIES, SPEC. AGT, CID
    DEFENDANTS, ET AL

## PLAINTIFF'S REPLY TO JUDICIAL ORDER AND PLAINTIFF'S REQUEST TO THIS COURT TO MERGE PLAINTIFF'S FACTS AND EXHIBITS AGAINST TRIMPER'S REPLY, AS PART OF PLAINTIFF'S REASONS TO DENY GOVERNMENT'S MOTION TO DISMISS ON GOVERNMENT AND ATTORNEY FRAUDS, UNCONSTITUTIONAL ACTS, AND CRIMES PIERCING ANY IMMUNITY.

COMES NOW, the Plaintiff Pro-Se, Fiorani to reply to the Judicial Order entered on August 2, 2006 by this Court's Judge Roberts. The Court's Order provides the Plaintiff with an opportunity to aggressively deny, dispute and challenge the GOVERNMENT'S apearance(s) that Plaintiff's case is to be dismissed on sovereign immunity grounds.

Plaintiff requests this Court to allow his full and complete reply to the GOVERNMENT'S Motion to Dismiss, while in the interim, placing for now, Plaintiff's reply against TRIMPER'S reply to the Complaint and all accompanying exhibits to be merged in with Plaintiff's pending reply against the GOVERNMENT'S Motion to Dismiss on Fraud, Criminal Acts and other crimes

committed by the agents of the GOVERNMENT and those officers of the GOVERNMENT.

In the GOVERNMENT'S reply, seeking this Court dismiss, has deliberately omitted facts. And the GOVERNMENT has used inaccurate documents and undisclosed (behind the scenes acts) that involve acts of perjury, that the IRS used to get a partial District Court Magistrate Judge to sign for three (3) lacking probable cause search and seizure warrants, (See. Pltf's. Exhs. 1-12). The GOVERNMENT'S used a Court Docket Sheet that fails to provide other undisclosed facts and fails to include in it, many other 'criminal' acts committed by the GOVERNMENT'S agents and AUSA HACKNEY, exposed in Plaintiff's witness(es) testimony, also not reflected in the Docket Sheet. That docket sheet, on its face, is misleading, deceiving and shows that the GOVERNMENT relies on blocking, preventing or hindering Plaintiff from ever getting the exculpatory, Constitutional facts and documents, evidence, exhibits and third party source documents not given to Plaintiff under Due Process, entitled under Brady v. Maryland, (citations omitted).

Plaintiff Pro-Se's submitted exhibits, 1-12, that are used in a small part by this Court to expose the underlying facts, information, independent, THIRD PARTY documents intended to expose against the GOVERNMENT, its AUSA HACKNEY, IRS agents, WANAT and DAVIES, and witnesses, MINARD and GONZALEZ, who both committed perjury before District Court Judge CACHERIS, exposed by three (3) of the grand jurors. It is these facts and the District Court's docket sheets used by the GOVERNMENT, that were manufactured, manipulated, does not contain other exculpatory facts, exhibits and THIRD PARTY documents that the GOVERNMENT wants to convince this Court to dismiss, without presentation by Plaintiff Pro-Se of the many unconstitutional acts that have led to serious injustices in the District Court, that must be addressed by this Court against the GOVERNMENT'S Motion to Dismiss and that Plaintiff

intends to also use in this Court, against Tramper's reply to the complaint and his deceptive and deficient ineffective assistance of counsel.

In this context, and on Plaintiff Pro-Se's produced specific facts and exhibits, (1-12+), should result in this Court's finding that the GOVERNMENT'S Motion should be denied on what Plaintiff has shown are the GOVERNMENT'S many failures by omissions in fact(s) and laws, including sections in the U.S. Constitution that this Court must read Plaintiff's Reply Against TRAMPER, that include reasons to deny the GOVERNMENT'S Motion to Dismiss. Plaintiff's exhibits do not include -exculpatory documents- repeatedly asked for by Plaintiff for his many Pro-Se appeals, where the District Court's appointed defense attorney, TRIMPER did repeatedly fail, refused and ignored many other Court Orders, as has the GOVERNMENT'S HACKNEY. Plaintiff illustrated and exposed in his few, handful exhibits that the GOVERNMENT'S own IRS Commissioner, Rossotti's letter, sent to Plaintiff's two (2) paid-defense attorneys, exposed to the former AUSA, CHESTNUT that the GOVERNMENT'S IRS agents do not have any legal reasons nor justifications to obtain a search and seizure warrant that is shown is based on -stolen- or misappropriated IRS personnel files, which were deliberately manipulated and intentionally concocted, in perjury, 18 U.S.C. § 1001, when presented to a misguided District Court Magistrate Judge Buchanan who signed a search warrant lacking in probable cause, under Leon and Franks.

Under our Constitution, no conviction should be upheld by an Federal or Appellant Courts where the unconstitutional conviction and --alleged guilty plea- is obtained by force, acts of intimidation, -backroom- tactics, threats and intentions to coerce a person, (Plaintiff-Pro-Se) to plead guilty, where both the AUSA HACKNEY and TRIMPER did not want to go to trial on the facts and exhibits that would expose the GOVERNMENT'S acts of using perjury, allowing false statements and altered documents in the grand jury, which were obtained by Third-Parties on

behalf of Plaintiff.

Accordingly, Plaintiff's complaint must not be dismissed or denied solely on the basis of anything the GOVERNMENT presents or claims under sovereign immunity, where there is a combined effort to sidestep and circumvent our Constitution's Due Process and the U.S. Supreme Court's holdings and rulings on ineffective assistance of counsel under <u>Strickland v. Washington</u>, (citations omitted), and under the Fifth Court's ruling holding that makes judicial acts committed by a District Court Judge who allows perjury and false statements, withheld (exculpatory facts and evidence to be withheld) from the defendant, results in a reversal of the conviction on Constitutional grounds, illegal and unconstitutional acts committed by the GOVERNMENT. This includes the U.S. Supreme Court's reversal of a conviction in <u>U.S. v. GONZALEZ- Lopez</u>, where a judge ignores and refuses to allow prior paid defense counsel. But, appoints a court appointed attorney to represent the (defendant) where that court appointed attorney is purposely defective, deficient and is far below the minimum standards of any attorney, under the holding, <u>U.S. v. Gonzalez-Lopez</u>, (June 26, 2006).

Certainly, the GOVERNMENT has not provided Plaintiff with all the GOVERNMENT'S withheld documents, (exculpatory evidence), that are unconstitutional acts committed by its agents and employees, under <u>Brady v. Maryland</u> and <u>Brady v. U.S.</u> Those documents would allow the Plaintiff to disprove, deny, dispute and challenge all the GOVERNMENT'S claims, while exposing its IRS agents' misconduct from which no guilty verdict could have ever been obtained from a jury, were it not for the agents' being allowed to commit fraud, perjury, alter evidence and manufacture their witnesses' testimony, under 18 U.S.C. § 1001, and other various crimes.

Now, the GOVERNMENT is asking this Court to condone its criminal and unconstitutional acts by protection under the privileges removed by other Courts, when there is

factual grounds and basis allowing for the piercing of sovereign immunity and qualified immunity expected by IRS agents, AUSA HACKNEY, District Court Judge CACHERIS, and in the many unconstitutional acts caused by and resulting from TRIMPER'S many failures and refusals to provide any defenses, investigations and failures to file all Plaintiff's appeals. Those accumulation of (f)acts falls under TRIMPER'S acting as an agent for the GOVERNMENT, not as a court-appointed defense attorney as required by the Sixth and Fourteenth Amendments'.

Plaintiff's exhibits raise serious doubts against the GOVERNMENT'S Motion to Dismiss and this Court should deny it on the rulings and holdings of the U.S. Supreme Court and many other Circuits, not exposed or stated in the GOVERNMENT'S Motion using the District Court's docket sheet(s) pages as completely truthful, accurate and correct, that does not show the many other facts and information against its own accuracy that has lead to a fabricated, manufactured and misleading criminal indictment, per several grand jurors, Plaintiff's THIRD PARTY documents.

For these reasons and on Plaintiff Pro-Se's currently sent exhibits to this Court and Judicial Order, Plaintiff will submit to this Court before September 8, 2006, a reply to the GOVERNMENT'S Motion to Dismiss on the grounds of FRAUD, COMMISSIONS OF CRIMES, PERJURY AND ON DEFENDANTS MANY VIOLATIONS OF PLAINTIFF'S CONSTITUTIONAL RIGHTS AND DUE PROCESS CLAUSES THAT ARE TO PROTECT AN INNOCENT PERSON UNDER OUR CONSTITUTION AND LAWS THAT PROVIDE DUE PROCESS AND EQUAL PROTECTION UNDER THE LAWS ON 42 U.S.C. § 1983-1985.

Respectfully submitted,

*[signature]*

Rosario A. Fiorani, Jr.
Plaintiff, Pro-Se
7115 Latour Court
Kingstowne, VA  22315
(703) 719-0272


### Certification of Service

I certify that I have mailed, postage-prepaid, a true-teste copy of **PLAINTIFF'S REPLY TO JUDICIAL ORDER AND PLAINTIFF'S REQUEST TO THIS COURT TO MERGE PLAINTIFF'S FACTS AND EXHIBITS AGAINST TRIMPER'S REPLY, AS PART OF PLAINTIFF'S REASONS TO DENY GOVERNMENT'S MOTION TO DISMISS ON GOVERNMENT AND ATTORNEY FRAUDS, UNCONSTITUTIONAL ACTS, AND CRIMES PIERCING ANY IMMUNITY** to the GOVERNMENT, Karen Melnick, Esq., 555 Fourth Street, N.W., Washington, D.C., 20530 and Defendant Glen A. Trimper, Esq., at 2034 Eisenhower Avenue, Alexandria, VA  22314, on this 11th day of August, 2006.

Respectfully submitted,


*[signature]*

Rosario A. Fiorani, Jr.
Appellant, Pro-Se
7115 Latour Court
Kingstowne, VA  22315
(703) 719-0272