THOMAS J. GAGLIARDO, ESQ.
PHILIP G. ZIEN, ESQ.
NATACHA THYS, ESQ.
JOHN E. HILSMAN, ESQ., Of Counsel
STUART H. FIELDS, SR. PARALEGAL

THE ATRIUM AT STATION SQUARE
1010 WAYNE AVENUE, SUITE 5
SILVER SPRING, MD 20910-56

(301) 589-19
FAX (301) 589-19

February 4, 1998

Mr. Jaro Salerno
Personnel Department,
National Association of Securities Dealers
1390 Piccard Drive
Rockville, MD 20850

Dear Mr. Salerno,

    I am writing on behalf of Mr. Ross Fiorani. Mr. Fiorani was referred to NASD through Option One Office Staffing and Management as a "FOIA Specialist." Mr. Fiorani met with you on January 28, 1998, at which time you both agreed that he would make a nine-month commitment to working at NASD. Mr. Fiorani started a five-day NASD orientation session on February 2cd and received instructions to report the following day, February 3rd to pick up his photo ID badge. According to an Option One representative, someone from NASD informed Option One that same afternoon (February 2cd) not to send Mr. Fiorani back. Option One told Mr. Fiorani they could not give him any reason for your decision to reject him.

    Mr. Fiorani has asked me to look into this matter. I would like to ascertain the reason for your decision so that I can properly advise Mr. Fiorani in this matter. I have attached a release signed by Mr. Fiorani authorizing you to provide me with any information concerning his employment at NASD.

Sincerely,

John E. Hilsman