Seller's Use Only — Offering #

Ford Credit APPLICATION (Please Print) CLASS CODE ☐ RETAIL ☐ RCL ☐ OTHER

CHECK ONE APPLICABLE BOX (PRIMARY APPLICANT AND JOINT APPLICANTS MUST COMPLETE SEPARATE FORMS):

Primary Applicant ☐

Joint Applicant
☐ Application is for joint credit with primary applicant or as a guarantor.
☐ Primary applicant is relying on you for income for alimony, child support, or separate maintenance or on your income or assets as the basis for repayment of the credit requested.

If Joint Applicant, Relationship to Applicant: ☐ S - Married ☐ P - Parent ☐ O - Other

| Name | First Name | Middle Initial | Jr. / S / Sr. | No. of Dep. | Date of Birth | Age |
|---|---|---|---|---|---|---|
| FIORANI JR. | ROSARIO | A. | ☒ Jr. ☐ S ☐ Sr. | | 09.23.53 | |

| Present Address (Number and Street) | City | State | Zip Code |
|---|---|---|---|
| 7115 LATOUR COURT, | ALEXANDRIA, | VA | 22315 |

Phone in Applicant's Home? 1 ☐ Yes 2 ☐ No

Phone Number Area Code (703) 719-0272

1 ☐ Own Home Outright 2 ☐ Buying Home 3 ☐ Living with Relatives 4 ☐ Leasing/Renting 5 ☐ Own/Buying Mobile Home

Lived There 6 Yrs. Mos.

Driver's License No. and State

Name and Address of Landlord or Mortgage Holder

Rent or Mtge. Pmt. $

Previous Address (Street, City, State and Zip Code) (If less than 2 years at present address)

Lived There Yrs.

Level Of Education (Age Under 27 Only): 1 ☒ 4-Year College Grad. 2 ☒ 2-Year College Grad. 3 ☒ Special Training 4 ☐ Some College High School Grad.? 5 ☒ Yes 6 ☐ No

| Current Employer Name | City/State |
|---|---|
| CONSUMER AFFAIRS RESCH & INV. - | CHANTILLY, VA. |

| Applicant's Occupation (If military, state rank) | Time on Job | Work Phone Number | Gross Salary |
|---|---|---|---|
| | 4 Yrs. Mos. | Area Code (202) 896-7473 | $36,000 + EXP. REIMB. ☐ W - Weekly ☒ Y - Yearly ☐ M - Monthly |

| Soc. Sec. No. | *Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation. | *Source of Other Income | *Other Income |
|---|---|---|---|
| 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 | | WIFE | $51,000 ☐ W - Weekly ☒ Y - Yearly ☐ M - Monthly |

| Previous Employer's Name (If less than 5 years at current employer) | City/State | Time on Previous Job |
|---|---|---|
| U.S. DEPT. OF TREASURY (IRS), | WASH., D.C. | 5 Yrs |

Name of Bank

1 ☐ Checking & Savings 2 ☐ Checking Only 3 ☐ Savings Only 4 ☐ No Account

Have You Ever Had a Car or Other Merchandise Repossessed? ☐ No ☐ Yes If Yes, When? Month / Year

Have You Ever Filed Bankruptcy? ☐ No ☐ Yes If Yes, When? Month / Year

Applicant Obligated to Make Alimony, Child Support or Separate Maintenance Payments? ☐ No ☐ Yes If Yes, Amount to Be Paid per Month is $

| Creditor's Name and City/State | Date Opened | Monthly Pmt. Amount | Unpaid Balance | Creditor's Name and City/State | Date Opened | Monthly Pmt. Amount | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| Current/Previous Cars Financed by or Leased Through) | | | | (Other Credit) | | | |
| (1) | | | | (3) | | | |
| (2) | | | | (4) | | | |

| Name and Address of Applicant's Nearest Relatives/Friends Not in Household | Phone No. | Relationship |
|---|---|---|
| (1) | Area Code ( ) | |
| (2) | Area Code ( ) | |
| (3) | Area Code ( ) | |

For the purpose of securing credit from you, I certify that the above information is true and complete to the best of my knowledge. I further certify that I have attained The Age of Majority. I authorize you to check my credit and employment history and to provide and/or obtain information about credit experiences with me.

Signature Rosario A. Fiorani, Jr. Date

(1) Cash Price/Cap Cost (Incl. tax, title, reg. fees) ............... $ ______ (1)

(2) Down Payment/Cap Cost Reduction

Cash $______ + Rebate $______ = $______ (A)

Trade Allow. $______ − Owed $______ = $______ (B)

Total of Line (2) (A+B) $______ (2)

(3) Unpaid Balance/Acquisition Cost (1-2) $______ (3)

If RCL: MSRP $______ /LEV $______

(4) Payable in ______ Mo. Instalments of .............. $______ (4)

| ☐ New ☐ Used | Year | Make | Model | Body Style (If used vehicle) | Used Car Miles |
|---|---|---|---|---|---|
| | | | | | |

Vehicle Identification Number | Stock #

Optional Equipment (If used vehicle)

☐ Air ☐ P/S ☐ P/B ☐ Auto Tr. Other

| Trade | Make | Model | Body Style | Dealer Name |
|---|---|---|---|---|
| Yr. ______ | | | | |

Jan. 18 1998 09:26PM

Crystal Ford Ltd.
Crystal Isuzu

COPY

3111 Automobile Boulevard
Silver Spring, Maryland 2090-
301-890-6100

## BUYERS ORDER

DEAL # 00121910

PURCHASER'S NAME: ROSARIO FIORANI
CO PURCHASER:
Purchase Date: 12/20/97
ADDRESS: 7615 LATOUR COURT  CITY: ALEXANDRIA  STATE: VA  ZIP: 22315
HOME PHONE: (703) 719-0272  BUSINESS PHONE: (202) 896-7473
WHOLESALE SALESMA
PLEASE ENTER MY ORDER FOR: STOCK NO. 12511P
☐ NEW ☒ USED ☐ DEMO
YEAR: 97 FORD  MODEL: CROWN VIC  MILEAGE: 35  WHITE  OTHER
SERIAL NO.: 2FALP71W8VX201079
DELIVERY DATE  TIME
Driver's Lic. No/State: 217482212  D/O/B: 09/23/53
Co-Driver's Lic. No/State  D/O/B
POWER OF ATTORNEY ☐  TITLE FORM ☐
DEMONSTRATOR  MILEAGE  CUSTOMER'S INITIALS
WARRANTY MFG. ☐  OTHER
SOLD AS IS  NO WARRANTY IMPLIED OR OTHERWISE INITIAL
TRADE-IN TITLE ☐  OWED BY CUSTOMER

Company Service Vehicle
Rosario A. Fiorani

| DESCRIPTION | |
|---|---|
| BASE PRICE | N/A |
| INCL. FREIGHT & | |
| SELLING PRICE | 22,925.00 |
| TOTAL ► | 22925.00 |
| TAX 3.00 % | 687.75 |
| TITLE ONLY | 38.50 |
| DEALER PROCESSING CHARGES (Not required by law) | $25.00 |
| LIEN FEE | N/A |
| OTHER | N/A |
| | N/A |
| Extended Service Contract | N/A |
| TOTAL DELIVERED SELLING PRICE | 23676.25 |

OUT OF STATE ☐
TEMP TAG NO: SAY123  TAG TRANS NO  PERM TAG ☐  REG. ☐  C.O. ONLY ☐  TITLE ONLY ☐

The front and back of this Buyers Order comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized.

NO INSURANCE COVERAGE IS INCLUDED IN THIS ORDER

DELIVERY OF THIS VEHICLE MUST BE TAKEN WITHIN HOURS OF DELIVERY DATE OR THIS TRANSACTION IS SUBJECT TO CANCELLATION BY CRYSTAL FORD.

The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

All previously owned vehicles sold by Crystal Ford must be brought to Crystal Ford for service within during the 30 day warranty period. It is up to the discretion of Crystal Ford to repurchase vehicle if extent or cost of covered repairs are unreasonable.

I have read all of the information on the front and the matter printed on the back hereof and agree to it as part of this Buyers Order the same as if all of it were printed above my signature.

STATEMENT OF LIQUIDATED DAMAGES

It is hereby agreed by the purchaser referred to as the Buyer and of the vehicle described in the Retail Installment Contract, that if the ... fraudulently, or otherwise, misrepresent material fact on the application for credit ... the application is thereafter rejected or ... on these misrepresented material facts, Dealer is allowed to retain all deposits, down payments as liquidated damages.

### NOTICE TO BUYER

If a dealer or an agent or employee of a dealer places an insignia, logo, or other plate that advertises the name of the dealer without obtaining a buyer's consent, the dealer shall, at the request of the buyer, remove the advertising and make all repairs necessary to restore the vehicle to its original appearance at no charge to the buyer. A dealer or an agent or employee of a dealer may enter into an agreement with a buyer of a vehicle to compensate the buyer in exchange for the buyer's consent to the attachment on the vehicle of an insignia, logo or other plate that advertises the name of the dealer. "I have read the above notice and consent to the placement on the vehicle of an insignia advertising the name of the dealer and I waive the right to compensation for the same."

CREDITS
DOWN PAYMENT SUBMITTED WITH ORDER: 23,676.25  RECEIPT NUMBER  DATE
REBATE/S: N/A  RECEIPT NUMBER  DATE
TRADE ALLOWANCE: N/A  LESS BALANCE OWING: N/A  Net Trade Allowance
BALANCE OWED TO  AMOUNT: N/A  VERIFY BY
CASH TO BE PAID AT TIME OF DELIVERY  RECEIPT NO.  DATE

| | |
|---|---|
| | 23676.25 |
| TOTAL CREDITS | 23676.25 |
| BALANCE DUE | N/A |
| BALANCE to be Financed | |
| Amount to Contract | |
| CONTRACT PAYMENTS | N/A AT N/A DUE |

INSURANCE LIEN
NO LIEN  LIEN TO
ADDRESS  CITY  STATE  ZIP CODE
AMOUNT: N/A  APPROVED BY
INSURANCE CO.  POLICY NO.
INSURANCE CO. ADDRESS
INSURANCE CO.  CITY  STATE  ZIP
AGENT  PHONE NO.
EFFECTIVE DATE: 12/20/97  COVERAGE VERIFIED BY

TRADE-IN
DESCRIPTION  SERIAL NO.
MAKE  MODEL  YR
MILEAGE  TITLE NO.  TYPE
CLEAR TITLE DUE OR CASH EQUIVALENT OF TRADE ALLOWANCE DUE  LIEN SATISFIED ☐ ☒ SIF. ☐

SIGNED BY

THIS BUYERS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEALER

CUSTOMERS SIGNATURES X Rosario A. Fiorani  X
CRYSTAL FORD, LTD.
BY:

CF BO R12/94

Customer Copy

# PROMISSORY NOTE

$ ____________ Date ____________

Year ______ Make ______ Model ____________ Serial# ____________ ("the Vehicle")

FOR VALUE RECEIVED, (I)(WE) (the "Undersigned"), jointly and severally if more than one, promise to pay to the order of CRYSTAL FORD, LTD. ("Crystal Ford"), on or before ____ 19__ the principal sum of $________, without interest if paid on or before the aforesaid due date, at 3111 Automobile Boulevard, Silver Spring, Maryland 20904. The Undersigned acknowledges that the principal sum of this Note represents the cash purchase price of the Vehicle described above which the Undersigned has purchased on the date of this Note from Crystal Ford. In order to secure payment of this Note, the Undersigned hereby grants to Crystal Ford a security interest in the Vehicle and agrees that in the event this Note is not paid when due, Crystal Ford shall have all of the rights of a secured party under the Maryland Uniform Commercial Code including, without limitation, the right to repossess the Vehicle without any prior notice of nonpayment of this Note or notice that Crystal Ford intends to repossess the Vehicle, all of which notices, together with notices of demand, presentment and notice of protest, are hereby waived by the Undersigned whether or not otherwise required by law.

In the event this Note is not paid when due, in addition to the unpaid balance of the principal sum due thereon, the undersigned shall be liable to Crystal Ford for all expenses incurred by Crystal Ford in repossessing the Vehicle, including storage thereof and any necessary repairs. In the event that this Note is referred to an attorney for collection after maturity, the undersigned shall pay on demand all costs and expenses of collection including an attorney's fee of 15% of the then unpaid balance of the principal sum of this Note.

Each right, power and remedy of Crystal Ford hereunder, or under applicable laws, shall be cumulative and concurrent, and the exercise of any one or more of them shall not preclude the simultaneous or later exercise by Crystal Ford of any or all such other rights, powers or remedies. No modification, change, waiver or amendment of this Note shall be deemed to be made by Crystal Ford unless in writing signed by Crystal Ford, and each such modification, change, waiver or amendment shall apply only with respect to the specific instance involved.

IN WITNESS WHEREOF, the Undersigned has executed this Note under seal on the day and year first above written.

______________________ Witness

______________________ (SEAL) Customer Signature

______________________ Witness

______________________ (SEAL) Customer Signature

CF 104 R 9-89

