Please address / future correspondence to this address ▶

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)229-1838

DATE 01/07/98
SOCIAL SECURITY NUMBER 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

ROSARIO A FIORANI JR
7115 LATOUR CT
ALEXANDRIA VA 22315

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

LAST REPORTED EMPL - INVESTIGATOR, CONSUMER AFFAIRS

➤ FORMER EMPLOYMENT - US TREASURY, WASHINGT, DC

\*\*\*\*\*\*\*\*\*\*  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  \*\*\*\*\*\*\*\*\*\*

➤ 01/07/98 EQUIFAX - DISCLOSURE
12/09/97 EQUIFAX - UPDATE
11/17/97 ACIS 732105634 915AA00018
11/03/97 CHEVY CHASE FSB
➤ 10/23/97 TED BRITT FORD, INC
10/16/97 DTC CRESTAR BANK IL RECO
10/10/97 DTC CRESTAR FINANCIAL
10/06/97 ACIS 710023414 915AA00018
09/30/97 ICS ICS -LAKESIDE INFO R
09/23/97 ACIS 709091499 915AA00018
09/23/97 EQUIFAX - DISCLOSURE
08/19/97 FIRST USA BANK
08/12/97 DTC CRESTAR FINANCIAL
08/08/97 CRESTAR BANK
07/23/97 RISK MANAGEMENT
~~02/13/97~~ FIRST UNION BANK, N.A.
02/03/97 EQUIFAX CHECK SERVIC
01/27/97 FIRST USA BANK
~~06/12/96~~ CBC NATIONAL COLLECT
~~02/29/96~~ EQUIFAX - RISK MGT

➤ 12/20/97 CRYSTAL FORD LTD
12/06/97 HOUSEHOLD CREDIT SER
11/06/97 EQUIFAX - UPDATE
➤ 11/03/97 FORD MOTOR CREDIT ←
10/16/97 ACIS 728908419 915AA00018
10/15/97 CRESTAR BANK IL RECO
10/07/97 EQUIFAX - UPDATE
10/02/97 EQUIFAX - UPDATE
09/24/97 ACIS 709097860 915AA00018
09/23/97 EQUIFAX - UPDATE
09/02/97 THE BANK OF NORTHERN
08/12/97 FK CRESTAR FINANCIAL
08/11/97 FK CRESTAR FINANCIAL
07/31/97 FK RISK MANAGEMENT
02/04/97 BELL ATLANTIC
01/30/97 BELL ATLANTIC-VA RES
~~10/10/96~~ ALLIED INTERSTATE-ED
~~03/22/96~~ FIRST UNION BANKCARD

*Unauthorized access by Minard not presented to the grand jury.*

EQUIFAX

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Division of Financial Practices

Clarke W. Brinckerhoff
Attorney

202-326-3224

October 8, 1999

Mr. Rosario A. Fioroni
7115 Latour Court
Alexandria, VA 22315

Dear Mr. Fiorani:

This responds to your letter dated September 13, 1999.

The Commission does not generally intervene in individual disputes, or private litigation such as you described. However, I did have two thoughts relating to your request for authorities that might assist an appeal of the August 6 decision you reported holding that the Fair Credit Reporting Act (FCRA) does not provide for any private right of action against a car dealer for illegally pulling an "unauthorized" credit report. *First*, Section 604(f) of the FCRA [15 U.S.C. §1681b(f)], which became effective September 30, 1997, now specifically forbids anyone from procuring a consumer report without a permissible purpose. *Second*, there is very persuasive authority for the proposition that Section 619 of the FCRA [15 U.S.C. §1681q], a provision that was part of the FCRA when it was enacted in 1970, making it a criminal violation to willfully obtain a credit report under false pretenses, allows consumers to sue for damages when their credit files are wrongfully procured from credit bureaus. Yohay v. Alexandra Employees Credit Union, 827 F.2d 967, 971-72 (4th Cir. 1987); Zamora v. Valley Fed. Sav. & Loan Ass'n, 811 F.2d 1368, 1370 (10th Cir. 1987); Kennedy v. Border City Sav. & Loan Ass'n, 747 F.2d 367, 369 (6th Cir. 1984); Hansen v. Morgan, 582 F.2d 1214, 1219, 1221 (9th Cir. 1978); Rice v. Montgomery Ward & Co., 450 F. Supp. 668, 671n.2 (M.D.N.C. 1978). There may be more current cases on point, because I have not researched the issue recently.

I hope the foregoing is of assistance to you.

Sincerely yours,

Clarke W. Brinckerhoff

D:\data\WPDOCS\fiorani.let.wpd  10/8/99

**AT&T** MID( 

*FATHER'S BILL*

ROSARIO A FIORANI  
Acct 410 876 9078 697 36    Feb 16 1998

| Amount | Place | Number | Date | Time | Rate | Min |
|---|---|---|---|---|---|---|
| | | *Calls from 410 840 0552* | | | | |
| $ 8.00 | ITALY | 39248401159 | Jan 11 | 6:04P | SO | 1 |
| .95 | ATT D ASST | 000 000-0000 | 11 | 6:05P | *D | 2 |
| 9.35 | ITALY | 39248401159 | 11 | 6:06P | SO | 2 |
| .15 | ALEXANDRIA VA | 703 719-0272 | 27 | 2:56P | *N | 1 = |
| .15 | ALEXANDRIA VA | 703 719-0272 | Feb 6 | 8:33A | *N | 1 = |
| .15 | ALEXANDRIA VA | 703 719-0272 | 6 | 8:34A | *N | 1 = |
| .15 | ALEXANDRIA VA | 703 719-0272 | 6 | 8:36A | *N | 1 = |
| .15 | ALEXANDRIA VA | 703 719-0272 | 6 | 8:37A | *N | 1 = |
| $ 19.05 | Subtotal | | | | | |

= AT&T One Rate Plan calls.  
Charges are not included in subtotal

*Date of IRS Raid*  
*Handcuffed & Prevent-*  
*ed from taken father's*  
*Call*