| Count | Approximate Date | Fax/ Phone | Recipient |
|---|---|---|---|
| 1 | December 2, 1997 | Fax | Earl Mosby, Crystal Ford, Silver Spring, MD. |
| 2 | December 20, 1997 | Fax | Mohammed Diallo, Crystal Ford, Silver Spring, MD. |
| 3 | December 22, 1997 | Fax | Jason Minard, Crystal Ford, Silver Spring, MD. |
| 4 | December 23, 1997 | Fax | Jason Minard, Crystal Ford, Silver Spring, MD. |

All in violation of Title 18, United States Code, Section 1343.

None of these ever happened — and II or his attorney was never given any of these alleged claims of wire fraud. Gardiner, Duke, Stillsman & Tsonoff.

VEHICLE DESCRIPT

FORD
MERCURY
LINCOLN

# CROWN VICTORIA

1997 POLICE INTERCEPTOR
5-PASSENGER
4.6L OHC SEFI V8 ENGINE
ELECTRONIC AUTO O/D TRANS

VIN 2FALP71W8VX20107

EXTERIOR
VIBRANT WHITE CLEARCOAT
INTERIOR
BLUE CLOTH FRONT/VINYL RE

## STANDARD EQUIPMENT

THE FEATURES LISTED BELOW REPRESENT FACTORY INSTALLED EQUIPMENT

SAFETY/SECURITY
- DRIVER/PASSENGER AIR BAGS
- CHILDPROOF REAR DOOR LOCKS
- FRONT/REAR OUTBOARD THREE POINT SHOULDER/LAP BELTS
- 24-HR ROADSIDE ASSISTANCE

FUNCTIONAL
- SPEED-SENSITIVE VARIABLE ASSIST POWER STEERING
- POWER 4-WHEEL DISC BRAKES
- FRONT SLA SUSPENSION
- REAR 4-BAR LINK SUSPENSN
- ALL-SEASON BSW TIRES
- NITROGEN GAS SHOCKS

EXTERIOR
- HEAVY-DUTY STEEL WHEELS
- FULL WHEEL COVERS
- CLEARCOAT PAINT
- TINTED GLASS
- DUAL POWER MIRRORS
- INTERVAL WIPERS

INTERIOR
- CLOTH BUCKET SEATS
- ELECTRONIC AM/FM STEREO WITH CLOCK
- CFC-FREE AIR CONDITIONING
- INSTRUMENT PANEL WITH SIDE WINDOW DEMISTERS
- POWER WINDOWS
- AUTO PARK BRAKE RELEASE
- REMOTE RELEASE DECKLID
- TILT STEERING WHEEL
- CUPHOLDERS

WARRANTY
- 3-YR/36,000 MI BUMPR-BUMPR

## OPTIONAL EQUIPMENT

1021-217V07/24/96MA
PREFERRED EQUIPMENT PKG.122P
.POLICE GROUP 1:
.SPEED CONTROL
.POWER LOCK GROUP
LIMITED SLIP DIFFERENTIAL
HEAVY DUTY FLOOR COVERING
CLOTH BUCKETS/VINYL REAR SEATS
SPECIAL ORDER 11 0323
CODE-WEIGHT ADJUSTMENT
SPOTLAMP (LH) W/BLUE TRIM

PENGAD-Bayonne, N. J.
GOVE
EXI
9c
98-340

DEC-.?-1997 02:34 FROM CRYSTAL FORD LTD. TO 7037190272 P.01

does not appear in the INDICTMENT



CERTIFIED USED VEHICLE

FORD MERCURY LINCOLN

VEHICLE DESCRIPTION

# CROWN VICTORIA

VIN 2FALP71W?VX201079

1997 POLICE INTERCEPTOR
5-PASSENGER
4.6L OHC SEFI V8 ENGINE
ELECTRONIC AUTO O/D TRANS

EXTERIOR
VIBRANT WHITE CLEARCOAT
INTERIOR
BLUE CLOTH FRONT/VINYL REAR

## STANDARD EQUIPMENT

THE FEATURES LISTED BELOW REPRESENT FACTORY INSTALLED EQUIPMENT

SAFETY/SECURITY
- DRIVER/PASSENGER AIR BAGS
- CHILDPROOF REAR DOOR LOCKS
- FRONT/REAR OUTBOARD THREE POINT SHOULDER/LAP BELTS
- 24-HR ROADSIDE ASSISTANCE

FUNCTIONAL
- SPEED-SENSITIVE VARIABLE ASSIST POWER STEERING
- POWER 4-WHEEL DISC BRAKES
- FRONT SLA SUSPENSION
- REAR 4-BAR LINK SUSPENSN
- ALL-SEASON BSW TIRES
- NITROGEN GAS SHOCKS

EXTERIOR
- HEAVY-DUTY STEEL WHEELS
- FULL WHEEL COVERS
- CLEARCOAT PAINT
- TINTED GLASS
- DUAL POWER MIRRORS
- INTERVAL WIPERS

INTERIOR
- CLOTH BUCKET SEATS
- ELECTRONIC AM/FM STEREO WITH CLOCK
- CFC-FREE AIR CONDITIONING
- INSTRUMENT PANEL WITH SIDE WINDOW DEMISTERS
- POWER WINDOWS
- AUTO PARK BRAKE RELEASE
- REMOTE RELEASE DECKLID
- TILT STEERING WHEEL
- CUPHOLDERS

WARRANTY
- 3-YR/36,000 MI BUMPR-BUMPR

## OPTIONAL EQUIPMENT

1021-217VT7/24/96MA
PREFERRED EQUIPMENT PKG.122P
.POLICE GROUP 1.
.SPEED CONTROL
.POWER LOCK GROUP
LIMITED SLIP DIFFERENTIAL
HEAVY DUTY FLOOR COVERING
CLOTH BUCKETS/VINYL REAR SEATS
SPECIAL ORDER 11 8323
CODE-HEIGHT ADJUSTMENT
SPOTLAMP (LH) W/BLUE TRIM



DEC-19-1997 03:34 FROM TO 7037190272 P.01

One day before 20 DEC. '97

EXCULPATORY EVIDENCE NOT PRESENTED TO GRAND JURY

DESCRIPTION

ROWN
CTORIA

1997 POLICE INTERCEPTOR
5-PASSENGER
4.6L OHC SEFI V8 ENGINE
ELECTRONIC AUTO O/D TRANS

VIN 2FALP71W8VX201079

EXTERIOR
VIBRANT WHITE CLEARCOAT
INTERIOR
BLUE CLOTH FRONT/VINYL REAR

Y INSTALLED EQUIPMENT
AL WIPERS
BUCKET SEATS
RONIC AM/FM STEREO
CLOCK
REE AIR CONDITIONING
UMENT PANEL WITH SIDE
OW DEMISTERS
WINDOWS
PARK BRAKE RELEASE
E RELEASE DECKLID
STEERING WHEEL
LDERS
Y
36,000 MI BUMPR-BUMPR

OPTIONAL EQUIPMENT

1021-217V07/24/96MA
PREFERRED EQUIPMENT PKG.122P
.POLICE GROUP 1
.SPEED CONTROL
.POWER LOCK GROUP
LIMITED SLIP DIFFERENTIAL
HEAVY DUTY FLOOR COVERING
CLOTH BUCKETS/VINYL REAR SEATS
SPECIAL ORDER 11 0323
CODE-HEIGHT ADJUSTMENT
SPOTLAMP (LH) W/BLUE TRIM