

## FRIDAY, FEBRUARY 6, 1998, 05:50 A.M. - 11:30 A.M.

I was asleep at about 5:50 a.m. when the telephone rang and someone asked for a Mr. James Jones, or Mr. Jones. I said, "there was nobody here by that name." or, "you got the wrong number." I believe I said. I don't know how many minutes elapsed between the telephone call and the time I was awakened by a loud (BANGING) on the front door. I got up out of bed still sleepily and tried to gain my balance and composure to run down stairs and let Mona in, who I thought had come home early. Lady, (our dog), was also howling from the banging on the door. I ran downstairs, wearing only my underwear and a long night shirt and I opened the door. I had headlights shining directly in my face along with flashlights placed in my face, where I was pushed aside and "rolled", (turned around), shoved up against a wall behind the front door and handcuffed behind my back, where several questions were immediately asked of me, as other persons passed by me and around me.

I was then moved to the center of the kitchen where I was still held by, I think, two other officers or agents. I was being asked a number of questions one of them was, "Where are your guns located?" I think I told them, or (using my head), pointed to, or said behind the door in my shooting bag. Another question was, wear is your badge or identification, and they were going through my pockets of my denim jacket on the chair, my suitcoat pockets and then it was found by someone who then laid it out on the table in front of me, before I was later questioned by two or three agents.

Simultaneously, I was asked or told, [that] there is, or are, more guns. I don't remember exactly how it was phased or worded. "Where are they?" I think I said, [that] "[t]he shotgun is downstairs, but I was not permitted to leave or move to direct then, since I have not gone shooting (targets) over six (months). "I don't remember exactly, since I have not gone target shooting in a long while." "Where is your office?" and other questions like it. I don't specifically remember them all, or if they were speaking to me, or to other agents and officers. All this too while two county police officers and about seven or eight _Federal IRS Agents_ and _some other unidentified persons stood around me from thereafter, where now I have been moved to the center of the living room, before being taken to the table._

I was in shock and still sleepy. I cannot think straight or see clearly from having been asleep and blinded by the lights. I was taken, still partially undressed, to the center of my living

2

room, held and standing there while agents were scattering around the house. I can remember seeing and being simultaneously asked a number of questions. Among them, several police officers who I recognized, and they recognized me from Franconia's CAC (Community Action Committee) meetings. Next, two [IRS] and one unidentified agent asked me, "Do you recognize me, Ross?" I don't specifically remember my answer, but I think I said, "Yes. (But), I don't remember your names, though. I think I remember your faces." "I am John, Ross." "Have you, or when have you spoken to Peter Greenfield?" "Ross lied for Peter and Peter lied for Ross in 1992." John was telling another agent(s), unnamed in my presences.

The other agent never gave me his name. Both said, [that] "they worked at the <u>IRS at 1111 Constitution Avenue</u>." John gave me my diabetic medication, telling one agent to uncuff me long enough for me to take my medication. He opened the bottle, taking out one pill, while directing another agent to get my drink glass upstairs on the dresser for me to take my pill." I was given my medication at about 6:30 a.m. Then I was re-handcuffed. I was told that I am being interviewed, and that I am not under arrest. But, this is for our protection as well as yours."

Once I was seated in the chair in the living room at the dining room table, I was asked something about, "Did I ask a cousin to run a VIN (vehicle Identification Number)?" I think I said, "I called my cousin and asked, but I don't think he did, and he told me he could not." I was then told by either Kevin or UA-2, "[h]e will, or could lose his job if he did." I think I responded, "I that I was attempting to locate the new owner and I was entitled to so that I can provide it to my attorney for a civil suit later." Another question, from either UA-2 (Unidentified Agent), or Kevin was that if we pursue these things that it will involve your family, friends, and relatives." "Tell us what we want to know."

One agent said to me, as I was being lead to the dining room table, "You are not under arrest, but this is for your protection and ours." I was asked, "When is your wife coming home?" I said several times, "I don't know." "She had a doctor's appointment and it is on the calendar," as I pointed with my head to the calendar on the wall. About an hour later, I was allowed to put my pants on. A female agent brought me down from upstairs, my pants without the belt. I was watched by some and moved by others. Two agents carried the interview/interrogation and eventually, it turned into an Interrogation with one agent, John, coming directly in my face.

3

yelling at me, "You're a liar, Ross!" Also, throughout the interview, I was constantly being told, "[that] it looks bad." "We have you, Ross, [and] they're at least 6 or 8 people who will testify [against you] that you said to them that you are/were a government agent or investigator." "I continued to tell them that it is not true." "We have it in writing, Ross." One UA agent came upstairs and showed me what looks like a piece of torn paper, with "a federal investigator" on it. "I denied that it says what I was shown, something to that effect." "He (UA) was pointing to it and showing John, Kevin, UA-2 and UA. Occasionally, they interrupted the conversation and asked again, "[w]hen is your wife coming home." At various times, an agent showed me, or other agents without showing me something that was incriminating, or was appearing to be incriminating, and said, "If I stand up as a man and take responsibility, then the U.S. Attorney would go easier on you."

    John was appearing to be a leader. I saw him taking notes, directing where to place certain things obtained, and what "evidence to place in what envelopes", along with drawing diagrams of the home and locations. He also was taking part in the [so-called] interview at times, getting up in my face and telling me, "You are lying to me and you are jerking our chains, Ross!" "You lied to me when I was questioning you before, and you are lying to us now!" I believe were some of his words.

    John, the prior IRS agent, started yelling at me and screaming at me, getting in my face about 6" away, and saying, "Ross! You are lying to me again and you are lying to them now. I stood downstairs and I listened to your bullshit for over an hour." "This is getting old, Ross." K. Davies then began to talk about, "Stand up, Ross. Be a man. Take responsibility for your actions."

    I believe I began to breakdown and I think I slightly admitted, but I don't specifically remember the words I said. I think, I partially admitted that it was psychological. They were constantly telling me that it is psychological and that I did not and have not harmed anyone. Kevin said. The other unidentified agent sitting directly across from me (dining room table-I am still handcuffed) kept saying that I was lying to him. At about 30-40 minutes I was being constantly questioned about what they have, what Crystal employees and Ted Britt Ford has said, as well as, what others have said about me.

4

At some time during the [so-called interview], I was asked questions of: "Who owns the house, how long are you married, when did I get married? And, how is your marriage?" "Do you have any children?" "Have you been arrested before?" "What are the circumstances?" Then Kevin sat down to my left and a UA-1 sat across the table from me and both began to ask me questions. "I was asked to tell them everything." I asked them, "what do you want to know?" Kevin had, or UA-1 had several large 8-1/2" notebooks and occasionally they would flip through the pages, and then point things out. One of the items was concerning a statement that I faxed, or wrote, to Crystal or Ted Britt, concerning lights and communications to be placed inside the car.

<u>*Note: Time passed and I cannot give any specific accounting of when (time) things happened, or at what point things, interview questions occurred.*</u> But, at sometime during the "interview/Interrogation", I was asked by Agent K. Davies to tell him everything and to admit numerous wrongdoings, and give him the names of, *"Who else did you tell, or have you told [that] you were/are a federal employee, agent, or investigator?" I was also directly asked at some point during the beginning in a forceful tone of voice, "Didn't you say to Crystal Ford, I was a Treasury Agent? FBI agent? Secret Service Agent? Either John or Kevin went through a short list of federal L/E (law enforcement) agencies."* My answers to all of them was "NO!" "I never told anyone that I was an employee or agent, or any part of any federal agency." "I only told him, them, that I worked for Consumer Affairs." "A part of Consumer Affairs Lobby and Research Group." At some point, "Kevin, and or UA-2 or 3, pointed to the "alleged federal eagle" inside the Consumer Affairs "badge", and stated to me, "that if flashed quickly, itt could be made to look a "federal badge." ... "Didn't you intend for someone to think you were?" John (IRS), was then having someone else videotaping the upstairs, as he passed me going upstairs with a videocamera. Three UAs kept harping on me about lying to them. "Ross, your not cooperating with us." [and] "[w]hen I go to Court, I will have at least, or not less than 8 witnesses testifying against you, Ross." "Who is the jury going to believe? "You! or those eight witnesses?" I was asked about federal guidelines. "Kevin mentioned something about federal guidelines, [prosecution] and he asked, if I know of them, or if I have had read them?" I think I said something, "I have heard of them but I have not read them." "When I asked him, what does



5

it say about this?" "Either he or UA-2. said that you have not been arrested, you have a clean record, and you have no traffic convictions. The U.S. Attorney will probably go lightly." "But, Ross, you have to tell us the truth. [something] he said, the truth will help you."

The three lead agents, Kevin, John and <u>another</u> UA periodically, during the "so-called" interview continued to yell or at me "[t]hat I'm not cooperating with them by admitting that I did it." Either Kevin, or UA-2, sitting across from me at the dining room table, made statements of, "You did not do anything to harm people; [that] you wanted to help people, [and] You are a nice guy, Ross". "You don't have any arrests or convictions in 20 years, no traffic [violations or infractions], a clean life before this". "You have your life together." "Are you having marital problems?" What is your family going to say when you are arrested?"

At some point, I think John or Kevin said something to me about finding two holes in my mattress, (upstairs). I was asked, "if they are "bullet holes?" and, "if I used any guns against someone?" I said, "NO!." I don't know what you are talking about."

At about 9:30, thereabouts, the telephone would ring and the agent(s) would answer it. Each time, they would say that the person would hang up. I was again asked, "When was your wife coming home?" After about three or four rings, I was allowed to answer the telephone, and I was escorted to the kitchen, when the telephone rang again. I saw that the time was (9:50 a.m.)

After I answered the telephone a second time, I heard a fax tone and pushed the --fax button-- on the fax, which then processed a fax from my father. Immediately, it was taken from me, read, then handed back to me to read. I was then taken back to the living room, escorted and the fax was returned by one UA to the fax machine's receiver bin. After the agents took the fax machine, the fax was laid on the microwave. I never saw them take the fax machine, my laptop computer, and all of my computer discs and the cases.

I believe it was about 10:10 that the cuffs were removed, so I could continue to drink as I was being interrogated (interviewed) by Kevin, John and UA-2, with an occasional interruption by another UA, nearly demanding that I tell them the truth, "being called a liar" to my face by John or a UA.

At some point, later, I was told, "[that] my guns look exactly like those [of] the federal police or like police guns. I think were his words." I think I said to either John or Kevin, or the

6

UA. "Bullshit." "Anyone can purchase those exact types over any counter at any gun shop or sporting goods store."

While downstairs, one UA was asking questions about my [GMU] school, degree, lawbooks being costly and expensive. Diplomas- Certificate of Training. This same agent continued to make references to being "this is psychological." "It is not intended." He said, while I was being watched downstairs, "Tell them what they want to know." "Your a good guy, your also intelligent, looking at these lawbooks." "I bet that they are expensive." and some things take on a life of their own. You have not hurt anyone." The lead agent, Kevin Davies, stated to another (unidentified agent), he pulled information off the (Family's Web Page and articles from it). (Consumer Affairs) (Consumer Investigations) with information on Ted Britt Ford's story. Another UA said, "that they have all my (cellphone) calls to Fairfax County Police for reckless drivers. (He said) "they know you when you call them." "You have made a name for yourself."

While still sitting at the dining room table, I saw John making maps, drawings and placing some items into small envelopes and bags. He appeared to be the leader, despite Kevin claiming that he was the leader.

One agent said, when I was both handcuffed and later when I was taken downstairs that this could take on a life of its own. _(We) were in the basement_ and _he was telling me that your an intelligent guy. You did not mean to do anything wrong, but things take on a life of its own. - a misunderstanding!_-- One agent said to a second UA agent. "other violations of law to prosecute me on, not related to Crystal's complaint."

At about 11:00 a.m, from the microwave, I was moved downstairs to the basement while they were upstairs. I was told by either, John or Kevin. "[that] [w]e are almost finished here." Again, I was asked. "When is your wife coming home?" "I don't know." "She is at the doctors, and, we have been having problems with having a baby." "She has had two miscarries, recently in January." "I don't know the agent, but Kevin said, he sympathized." Then I was taken downstairs. I was then directed to sit in the chair and not move." I was being watched by another UA, but this one did not have any of the identification showing, like the others did on their belts, or the jackets. There, I was again spoken to, he continued to ask me questions, while



7

I was holding and petting my dog who was nervous and agitated with all the commotion.

At about 11:30, John, co-leader, came downstairs and motioned me to come upstairs, as I moved, my shadow also moved and when I politely allowed him to go first, he walked behind me as I walked upstairs. Once there, I saw my shotgun case on the kitchen floor, with my other handguns on the counter. (Agt.) John said, "Ross, are these your guns? I said, "Yes." Then, he John, moved onto the next (handgun) one, and repeated the same thing, "Ross, is this your handgun?" I said, "Yes." Then to the next one, and he went to the shotgun case, (as he was trying to open the case). Once it was opened, he said, "Ross, is this your shotgun." I said, "Yes."

While still guarded, he then looked to or at Kevin Davies, and said, "you better leave him one of your cards". I think Davies said something to John that I did not hear, and John said, "No." or implied No. Kevin pulled out his card and handed it to me. John then said, "Ross, have a nice day." as the remaining agents left the home at 11:35 p.m. from the time on the microwave oven clock. I immediately called Mr. John Hilsman, an attorney who is handling my employment case with NASD, and told him what happened. I then called EDWAA, and told the operator that I was not coming in today, please tell either Marilyn or Jane. I had an emergency and could not get in today, but that I will call later to speak to Jane.

Note: --While at HUD/FHC - Fair Housing Council, Landover, Maryland, gave me a number of profiles for their investigations into housing discriminations. "I was working in other areas of TREASURY when I went to see Realtors in Montgomery County and apartment rentals. But, I never, ever told anyone that I was, am or are a federal agent or working with any specific federal agency.

*I saw a UA videotape basement, while I was there, and I saw him walk past me while I was at the dining room table. When I had a chance to see the serious damages that was done to my files and the house, including to and not limited to being told by Mona, my wife, that they went through her personals, drawers, christmas decorations, into her own storage room and through her personal papers, work papers, personnel file papers, among other documents, which the warrants did not even come close to specifying they could do. As well as taking files and property not specifically listed on their inventory list.*



## The Arrest, September 10, 1998

It was about 7:30 a.m., I had completed my shower and was preparing to dress. Lady, my dog, began to bark and howl. I looked outside and did not see anything. I turned down the tv to hear what sounded like banging on the front door. With only my underwear and socks on, I ran downstairs to open the door, again believing Mona had come home early from work, and because my car was parked in her space in front of the house.

I opened the door, and stood behind the door, to "suddenly" see four men, two dressed in yellow and blue blazoned vests. It was Kevin Davies, in full gear, John Wanot, in a sportcoat and another unidentified "Agent" who was guarding me in my basement on February 6, also dressed in a sportcoat and jeans. Davies immediately said, "Ross, we have a warrant for your arrest." I was shocked and surprised. Immediately, I was pushed back by one of them, as Davies leaned against the door. I immediately asked or said, "I was suppose to have been informed through my attorney by the United States Attorney and I was going to turn myself in. Davies said, "Ross, it does not work that way."

I was immediately handcuffed by UA-2, (unknown agent), while both Wanat and Davies moved me into the living room where Davies immediately stated to Wanat, I will have to give him his Miranda Rights. Wanat gave them to me, "Ross, listen up." In part, I did not hear everything that he was saying, but I kept quiet."

Davies or Wanat asked me if I was alone. Davies or Wanat asked me if Mona was home, or was she coming home? And the UA-2 ran upstairs and got me a pair of black jeans and a maroon pullover shirt. I was uncuffed long enough to be able to get my pants and shirt on, then I was recuffed.

One or two of the UA's checked the house, one going upstairs and the other one going downstairs. Both returned back to the living room. I was told by either Wanat or Davies to leave my wallet, ring, watch and anything else of value. UA-2 took my house keys and held them with him.

I was then lead out from the living room into the hallway, where Wanat made some comment, "We or he needs to take his pills, [diabetic medication]. I was asked if I had taken it this morning?" "I said not yet." Wanat got the pills from the ledge and got me the water bottle from the refrigerator. I took my pills. There was some discussion, will I get to make a phone call. "Later." someone said.

On the way out the [front] door, Wanat wrote a note for Mona and left in on the sink's right side. Then I was lead outside.

Wanat wanted me to watch him as he double bolted the front door as we left. There was some other talking, but I could not understand them, because I was first placed in the backseat and belted in by Davies, while UA-2 went in to the driver's seat of the car and sat there while Davies and the UA-1 and Wanat talked.

The cuffs were placed on rather tight, leaving me with no room to get "comfortable" with them on around my wrist and wristbone. I was escorted to the car, where the cuffs were tightened as I sat and I became somewhat claustrophobic because the cuffs began to cut into my right hand's circulation, cutting off my circulation. I made several comments about it, but UA-2, the driver said that it will not be long. Then, Davies got in and they formed a "kind of caravan" to the Court with Wanat in the lead car and Davies and UA-2 following.

At a point, Davies' car was the only car as Davies headed to the Courthouse.

In the car, I kept quiet. Except to again make a comment about the tightness of the cuffs as they tightened around my wrist bone and was causing my arms and hands to be twisted around behind me, while strapped in the back seat of the car.

Davies or UA-2, asked me only three questions, which I gave little answers to.

1. Davies asked me, "why didn't you take the deal?" I said, "I am not guilty."

2. Davies and UA-2, [the driver], asked me about my [civil] court hearings, something to the effect of "Ted Britt Ford and Crystal Ford." "I said that Ted Britt was dismissed." Davies said, "I read all of th[e]/at information that you wrote to the "Appeals Court." (I remained silent.) He and the UA commented, "that computer must of been humming."

3. Davies and the UA made some small talk about our vacation. (NOTE: I don't know how they knew or what resulted in their asking questions.) Davies asked, "If I was working?" I said, "You know the answer to that!" I made a comment to Davies, [that] "One of your witnesses was found to have lied to you when you went to EDWAA."

I don't remember saying anything else from thereon.

Without a watch, I cannot remember the time frames from here. I am approximating.

I arrived at the United States Marshal's of the Eastern District Court. I will presume that it is around 8:30 a.m.. I was taken downstairs of the courthouse, where I was met by a U.S. Marshal, (USM). I was then lead down another hallway to a large area where there were a row of rooms and to #8, "New Prisoner's Entry." on the door. (NOTE: I WAS NOT ALLOWED TO CALL ANYONE, FAMILY, FRIENDS OR MY ATTORNEY TO LET THEM KNOW WHERE I WAS.)

I was placed inside a large, approx. 20' by 20' room. There I was from about 9:00 a.m. until I was later removed at about 1:00 p.m. (NOTE: I had not eaten or drank anything for about 15 hours. For a Diabetic, it is serious.)

At sometime shortly after being asked my name, address and a lot of other information for processing and being fingerprinted, four times because the prints did not take from my hands sweating so much, the USM settled on the fourth set of prints.

I was speaking to a woman who was with Pre-Trial Release, who took a lot of questions and I signed some documents concerning "false statements" and both sets of fingerprint cards and another document that the USM stated was for the purposes of having my personal property mailed to someone, or destroyed, at my own expense.

Finally, I was given something to eat prior to my being taken up to a judge. The Judge was Teresa Carroll Buchanan. I was not allowed to plead not guilty. The Judge ordered me to go immediately to the Third Floor to Pre-Trial Release after she gave me P/R,(Personal Recognizance).

The Judge ordered that I obtain counsel, and return if no counsel back here, on September 15, at 10:00 a.m.. But, if Counsel, then I do not need to appear. I was also Ordered to appear with Counsel at an Arraignment on September 21, at 9:00 a.m..

I was then taken back down stairs to the cell and placed in a small room. I am very claustrophobic, but it had a screen on one part of it, so I walked and paced. I was there for about, what felt like 20 minutes. Then, I was met by two ladies from Pre-Trial Release. They had me sign some papers, then they took me upstairs to the second floor, where I was to go to the third floor to Pre-Trial Release. Once there, I asked if someone was going to take me back home. I was first denied any telephone calls, being directed to the public telephones in the lobby. I told her that the IRS brought me here without any money, watch or jewelry. She then let me make some calls. I called home, no answer.

I called Richard's office and spoke to Richard. I called my friend at MARP, she was not there. I called another friend at work, he was not there. It was now nearing 5:00 p.m., and I was not able to obtain anyone to take me the distance home.

I was directed to the USM's, who told me that the IRS are notorious for bringing people in and then leaving them. We don't have any responsibility for you once the court lets you go. I was told to walk. It was 8 miles about, from Alexandria City to my home in (Fairfax County.)

Once discharged, I was then forced to walk home with no identification, no money, no wallet and no jewelry on me. It was about 5:10 p.m. when I began the walk home from the Courthouse.

To the best of my knowledge, this consists of everything that occurred and that was said by me or others to me for this day, September 10, 1998.

NOTES: I was not presented with a warrant. I understand by law I was to be presented with one. I was also to have been presented a copy of the documents, Indictment, which the warrant was or is based. I was not. I was to have been given a chance to make a telephone call, at least prior to being kept for nearly 8 hours. It was from about 7:30 a.m. to 5:00 p.m.. I arrived home at 6:30 p.m. after walking a little over 8 miles.

Circulation in my right hand began to return by the end of the second day. I saw my doctor at 4:15 p.m. I showed her my hand; and my blood pressure of 149 over 90. On the second day Saturday, my b/p was 143 over 86.