§18.2-425.1

Va. Criminal & Vehicle Handbook

B. Any person who uses recorded solicitation calls which do not disengage or terminate when the party called attempts to terminate the call by any method which is in accordance with normal operating procedures of his receiver shall be guilty of a Class 3 misdemeanor.

C. Nothing contained herein shall be construed to permit any fine or penalty against any employee or agent who has been caused, directed or authorized by his employer to violate the provisions of this section. In such cases, the employer shall be subject to the sanctions prescribed in this section.

§18.2-426. "Emergency call," "emergency personnel" and "telephone party line" defined.

As used in this article:

"Emergency call" means a call to report a fire or summon police, or for medical aid or ambulance service, in a situation where human life or property is in jeopardy and the prompt summoning of aid is essential.

"Emergency personnel" means any persons, paid or volunteer, who receive calls for dispatch of police, fire, or emergency medical service personnel, and includes law-enforcement officers, firefighters, and emergency medical service personnel.

"Telephone party line" means a subscriber's line circuit consisting of two or more main telephone stations connected therewith, each station with a distinctive ring or telephone number.

(Chgd. by L.1995, ch. 791, eff. 7/1/95.)

§18.2-427. Use of profane, threatening or indecent language over public airways.

If any person shall use obscene, vulgar, profane, lewd, lascivious, or indecent language, or make any suggestion or proposal of an obscene nature, or threaten any illegal or immoral act with the intent to coerce, intimidate, or harass any person, over any telephone or citizens band radio, in this Commonwealth, he shall be guilty of a Class 1 misdemeanor.

§18.2-428. Giving certain false information to another by telephone.

If any person maliciously advises or informs another over any telephone in this Commonwealth of the death of, accident to, injury to, illness of, or disappearance of some third party, knowing the same to be false, he shall be guilty of a Class 1 misdemeanor.

§18.2-429. Causing telephone to ring with intent to annoy.

Any person who, with or without intent to communicate but with intent to annoy any other person, causes any telephone or digital pager, not his own, to ring or to otherwise signal, and any person who permits or condones the use of any telephone under his control for such purpose shall be guilty of a Class 3 misdemeanor.

Any person who, with or without intent to converse, but with intent to annoy, harass, hinder or delay emergency personnel in the performance of their duties as such, causes a telephone to ring, which is owned or leased for the purpose of receiving emergency calls by a public or private entity providing fire, police or emergency medical service, and any person who knowingly permits the use of a telephone under his control for such purpose, shall be guilty of a Class 1 misdemeanor.

(Chgd. by L.1995, chs. 410, 478, 791, eff. 7/1/95.)

§18.2-430. Venue for offenses under this article.

Any person violating any of the provisions of this article may be prosecuted either in the county or city from which he called or in the county or city in which the call was received.

§18.2-431. Duty of telephone companies; notices in directories.

(1) It shall be the duty, on pain of contempt of court, of each telephone company in this Commonwealth to furnish immediately in response to a subpoena issued by a circuit court such information as it, its officers and employees may possess which, in the opinion of the court, may aid in the apprehension of persons suspected of violating the provisions of this article or the provisions of §18.2-83 or §18.2-212.

(2) Every telephone directory distributed to the public which lists the calling numbers of telephones or of any telephone exchange located in this Commonwealth shall contain a notice which explains the offenses made punishable under this article, such notice to be printed in type which conforms with and is comparable to other type on the same page, and to be placed in a prominent place in such directory. Any violation of this subsection shall be punishable as a Class 4 misdemeanor.

ARTICLE 7
PLACES OF AMUSEMENT AND DANCE HALLS

| Section | |
|---|---|
| 18.2-432. | Counties, cities and towns authorized to regulate minors in public places of amusement. |
| 18.2-433. | Regulation of dance halls by counties, cities and towns. |

§18.2-432. Counties, cities and towns authorized to regulate minors in public places of amusement.

The governing body of any county, city or town may, by ordinance, regulate the frequenting, playing in or loitering in public places of amusement by minors, and may prescribe punishment for violations of such ordinances not to exceed that prescribed for a Class 3 misdemeanor.

§18.2-433. Regulation of dance halls by counties, cities and towns.

A public dance hall, within the meaning of this section, shall be construed to mean any place open to the general public where dancing is permitted; provided, however, that a restaurant located in any city licensed under §4.1-210 to serve food and beverages having a dance floor with an area not exceeding ten per centum of the total floor area of the establishment shall not be considered a public dance hall.

The governing body of any county, city or town may, by ordinance, regulate public dance halls in such county, city or town, and prescribe punishment for violation of such ordinance not to exceed that prescribed for a Class 3 misdemeanor.

Such ordinance shall prescribe for: (1) the issuance of permits to operate public dance halls, grounds for revocation and procedure for revocation of such permits; (2) a license tax not to exceed $600 on every person operating or conducting any such dance hall; and (3) rules and regulations for the operation of such

© 1998 by G.P. of Florida, Inc.
Printed in the U.S.A.   Zv

Fairfax, Virginia 22030    703-591-8484

Purchaser **CONSUMER AFFAIRS**

urchaser _____

Address **12000 GVT CTR PKWY #364 FAIRFAX VA 22021**

Home Phone **(703) 719 0272**    Business Phone **703 401 0685**

DOB: _____    DOB: _____

Ins Agent _____
Address _____
City **WASHINGTON DC**
State-Zip **DC**
Policy # _____
Ins. Co. **GEICO**

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE ONLY. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Please enter on order form one: ☐ NEW ☒ USED

Year and Make **97 CROWN FORD**
Serial # **2FALP73W4VX231354**
Color **YO WHITE**

Model and Type **CROWN VICTORIA**
Salesperson **GONZALES 4796**
Mileage _____

*[handwritten annotations across form:]* "I do not have a signed contract told Gonzalez he & Nissim made all this up after the fact."

### TRADE IN INFORMATION

Year, Make _____
Model, Body Type _____
Color, Mileage _____
Serial # _____
TBFCV _____

As factory equipped plus:

*[handwritten:] Where is my signature on this document that shows I agreed with it? Gonzalez's making of this shows a conspiracy*

FOR "AS IS" SALE ONLY: I UNDERSTAND THAT THIS VEHICLE IS BEING SOLD "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THIS VEHICLE WILL NEED. (SEE #12 ON REVERSE SIDE)

DATE _____    SIGNATURE _____

**NO LIABILITY INSURANCE INCLUDED**

| | |
|---|---|
| 1. Cash Price | $22,764 |
| Protection Pkg | $ |
| Total Cash Price | $ |
| 2. Trade In Allowance | |
| Amt Owed | |
| Net Trade | — |
| 3. Unpaid balance after trade | $ |
| 4. Other Charges | |
| Dlr. Bus. Lic. Tax | |
| Tax Code 58.1-3734 | 38.70 |
| Tax | 688.52 |
| Title | — |
| License | 41.00 |
| Processing fee for Consumer Services | $186.50 |
| Total other charges | $954. |
| 5. Balance after other charges | $23,718 |
| 6. CASH DOWN PAYMENT | |
| Ford Rebate # ___ Type ___ | $1750 |
| Rec # ___ $___ | |
| Rec # ___ $___ | |
| Rec # ___ $___ | |
| Total cash downpayment | $ |
| 7. SERVICE AGREEMENT | $ |
| 8. Unpaid Balance after cash deposit | $ |
| 9. BALANCE DUE | $21,968 |

THE FRONT AND BACK OF THIS ORDER COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS PURCHASE. By executing this Order, Purchaser acknowledges he has read all of its terms and has received a fully completed copy. Purchaser certifies he/she is 18 years of age or older. If this transaction is to be a retail installment sale, this contract is not effective unless financing is obtained on terms satisfactory to the parties, and the credit terms disclosure statement set out above is fully completed. Until made effective, this order is not binding and purchaser may cancel and recover deposit.

FOR SALES INVOLVING DEALER ARRANGED FINANCING ONLY:
This sale is conditioned upon approval of your proposed retail installment sale contract as submitted to or through the dealer. [If] that proposed retail installment sale contract is not approved under the terms agreed to with the dealer, you may cancel this sale [and] any down payment and/or trade-in you submitted will be returned to you, provided that any vehicle delivered to you by the dealer pursuant to this agreement is returned to the dealer in the same condition as delivered to you[,] excepted, within twenty-four hours of written or oral notice to you of the credit denial.

APPROVED **[signature] FOR BARNETTE**
(authorized representative)

Signed _____
Signed _____
(Signature)

**GOVERNMENT EXHIBIT 16    98-340-A**

# CONTRACT OF SALE

**Ford**
11165 Main Street
Fairfax, Virginia 22030    703-591-8484

Stock # ___ 199
Control # ___

Purchaser: CONSUMER AFFAIRS
urchaser: ___
Address: 12000 GVT CTR PKWY #364 FAIRFAX VA 22021
Home Phone: (703) 719 0272    Business Phone: 703 401 0685
DOB: ___    DOB: ___

Ins Agent: ___
Address: ___
City: WASHINGTON DC
State-Zip: DC
Policy #: ___
Ins Co: GEICO    Ph #: ___

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE ONLY: "The information you see on the window form for this veh part of this contract. Information on the window form overrides any contrary provisions in the contract of sale."

Please enter my order for one:   ☒ NEW   ☐ USED

Year and Make: 97 CROWN FORD
Serial #: 2FALP73W4VX231354
Color: YO WHITE

Model and Type: CROWN VICTORIA
Salesperson: GONZALES 4796
Mileage: ___

## TRADE IN INFORMATION

Year, Make ___
Model, Body Type ___
Color, Mileage ___
Serial # ___
TBFCV ___

As factory equipped plus:
*Where is my signature on this document that shows I agreed with it?*
*Gonzales making of this shows a conspiracy*

FOR "AS IS" SALE ONLY: I UNDERSTAND THAT THIS VEHICLE IS BEING SOLD "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THIS VEHICLE WILL NEED. (SEE #12 ON REVERSE SIDE)

DATE ___    SIGNATURE ___

**NO LIABILITY INSURANCE INCLUDED**

1. Cash Price — $22,76?
   Protection Pkg — $___
   Total Cash Price — $___
2. Trade in Allowance / Amt Owed / Net Trade — $___
3. Unpaid balance after trade — $___
4. Other Charges
   Dlr. Bus. Lic. Tax
   Tax Code 58.1-3734 — 38.70
   Tax — 688.52
   Title — ___
   License — 41.00
   Processing fee for Consumer Services — $186.50
   Total other charges — $954.
   Balance after other charges — $23,71?
6. CASH DOWN PAYMENT
   Ford Rebate # ___ Type ___ — $1750
   Rec # ___ $___
   Rec # ___ $___
   Rec # ___ $___
   Total cash downpayment — $___
7. SERVICE AGREEMENT — $___
8. Unpaid Balance after cash deposit — $___
9. BALANCE DUE — $21,96?

THE FRONT AND BACK OF THIS ORDER COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS PURCHASE. By executing this Order, Purchaser acknowledges he has read all of its terms and has received a fully completed copy. Purchaser certifies he/she is 18 years of age or older. If this transaction is to be a retail installment sale, this contract is not effective unless financing is obtained on terms satisfactory to the parties, and the credit terms disclosure statement set out above is fully completed. Until made effective, this order is not binding and purchaser may cancel and recover deposit.

FOR SALES INVOLVING DEALER ARRANGED FINANCING ONLY:
This sale is conditioned upon approval of your proposed retail installment sale contract as submitted to or through the dealer that proposed retail installment sale contract is not approved under the terms agreed to with the dealer, you may cancel this s any down payment and/or trade-in you submitted will be returned to you, provided that any vehicle delivered to you by ealer pursuant to this agreement is returned to the dealer in the same condition as delivered to y excepted, within twenty-four hours of written or oral notice to you of the credit denial.

APPROVED: ___ FOR BARNSTE
(authorized representative)

Signed ___
Signed ___
(Signature)

GOVERNMENT EXHIBIT 16   98-340-A