UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

August 20, 1999

*[handwritten: TRIMPER REPEATED FAILED & REFUSED TO FILE MY APPEAL AS ORDERED TO DO ON JULY 30, 1999.]*

Glen Allen Trimper, Esq.
4448 Flintstone Road
Alexandria, VA 22306

Re: 99-4108 US v. Rosario Fiorani
    CR-98-340-A

Dear Counsel:

The appellant's motion for reconsideration of appellant's appeal without counsel or in the alternative for the appointment of new counsel was filed in this office on 8/20/99. You are directed to file four copies of a response to the motion in the clerk's office on or before 8/30/99, even if there is no objection. I enclose a copy of the motion as it appears Mr. Fiorani did not serve you.

Yours truly,

PATRICIA S. CONNOR
Clerk

By: /s/ Deborah A. Davenport
    Deputy Clerk

cc: G. David Hackney
    Rosario A. Fiorani, Jr.

*[handwritten bottom left: Appellants' Evidence # 99-4108, " 6727, 2100, 2180, 7060  Had to file these appeals.]*

*[handwritten bottom right: Trimper did not file my appeal at all]*