

OFFICE of INSPECTOR GENERAL for TAX ADMINISTRATION

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

July 20, 1999

Rosario A. Fiorani
7115 Latour Court
Alexandria, VA 22315

Complaint Number: 199907-00544

Dear Mr. Fiorani:

This is to acknowledge receipt of your complaint by the Office of the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for appropriate action. If you should have additional information regarding this matter, please call the TIGTA Hotline at 1-800-366-4484, or you may write to:

Treasury Inspector General for Tax Administration
Attn: Complaint Management Division
Ben Franklin Station – P.O. Box 589
Washington, DC 20044-0589

Federal privacy laws generally prevent an agency from publicly disclosing information regarding a third party, such as the status or result of an investigation of a particular person. Consequently, TIGTA will usually be unable to provide you much information concerning your complaint.

Some limited information about your complaint might, however, be available to you under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. The kind of information that might be available would be information about you or information you provided, such as a copy of any correspondence you might have sent to us. Requests for information under the FOIA should be directed to TIGTA's Disclosure Office.

If you contact us again about your complaint, please refer to the Complaint Number referenced above. Thank you for bringing this matter to our attention.

Sincerely,

Director, Complaint Management Division



U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

*Lynne A. Battaglia*
*United States Attorney*

*Sandra Wilkinson*
*Assistant United States Attorney*

*400 United States Courthouse*
*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*301-344-4433*

*301-344-4235*
*FAX 301-344-4516*

August 9, 1999

Federal Bureau of Investigation
ATTN: Duty Agent
111 Greencourt Road
Richmond VA 23228-4948

Re: Duty Matter: Rosario A. Fiorani, Jr.

Dear Sir/Madam:

As duty assistant U.S. Attorney, I received an unscheduled visit from the above-referenced citizen. Mr. Fiorani wanted to make a complaint about a crime he believed was committed by an Assistant U.S. Attorney in Virginia as well as two IRS agents and a judge. Based on his very brief summary of the alleged facts, it appears the venue for the alleged crime (if any) is the Eastern District of Virginia. Moreover, since I knew the AUSA against whom the citizen was making the allegations, I declined to hear any specifics and told the citizen I would need to recuse myself from such a determination. Thus, I referred the case to you for consideration. I suggested that Mr. Fiorani make an appointment rather than simply showing up. If you have any questions, my number is (301)344-4235.

Very truly yours,

Lynne A. Battaglia
United States Attorney

By: Sandra Wilkinson
Sandra Wilkinson
Assistant United States Attorney

cc: Rosario A. Fiorani, Jr.
7115 Latour Court
Alexandria, VA 22315
(703)719-0272

August 19, 1999

Ms. Silvia Gonzalez Roman
Assistant Counsel
United States Department of Justice
Office of Professional Responsibility
950 Pennsylvania Avenue, N.W. Room 4304
Washington, DC 20530

RE: Misconduct by AUSA, G. David Hackney, EDVA.

Dear Ms. Roman:

This is in response to your letter of August 18, concerning your office's saying that it has not found any wrongdoing by AUSA G. David Hackney.

I must dispute your findings in that my meeting with the FBI, as I was referred to them because I was told by an AUSA in Maryland that your office would never find any of its own guilty of any wrongdoing, no matter how many facts and how much evidence a person supplies your agency. However, again, I am reminded that the Georgia and Virginia State Bars have found wrongdoing by AUSA Hackney, in that Hackney is in the process of being disbarred in Georgia, per my telephone call to them and from them last month.

And, Virginia is seeking to look into his makings of false statements in an — under Oath claiming that a document was true; His subornation of perjury; conspiracy to commit perjury; allowing false statements to be made in both an affidavit for a search warrant, false statements to a grand jury; and aiding, assisting, and collaborating with agents of the IRS to secret a civil defendant, pursuant to DR 7-102, 104, 105, 106 and 108, to name a few.

Subsequently, I have just completed a two-and-a-half hour meeting with two Special Agents of the IRS concerning Hackney's direct involvements with subornation of perjury, conspiracy to provide false and misleading statements to a Grand Jury, aiding or assisting in the procurement of perjury in an IRS affidavit and subsequent indictment; thus allowing two 'alleged' government witnesses to commit perjury, suborn perjury and allow the makings of false statements in a

Statement of Facts, Indictment, and Affidavit for a search warrant. I will submit a copy of my letter and yours to the FBI to prove that their integrity is better than your agency's integrity. The FBI stated that they found public corruption in my documents against Hackney, as the OIG, IRS found clear misconduct in the actions of the IRS that Hackney dealt with and relied on.

The FBI agents and Assistant US Attorney whom I did speak to was more than impressed with the specifics of Hackney's crimes. Although, again, they each did not believe that your office would ever find any wrongdoing with one of your own. This now goes too for the Special Agents of the Inspector Generals Office who are going to seek to prosecute both Minard and Gonzalez, and seek to further prosecute Hackney through an independent counsel appointed by the Maryland or District U.S. Attorneys' Office.

Nevertheless, thank you for at least responding to my many letters with at least one letter, and to confirm what I was told about our protection of each other in the judicial branches of government. Moreover, I also have filed a Judicial Misconduct complaint and Ethics Complaint with the Fourth Circuit Court of Appeals, Judicial Misconduct committee. I will also file a second complaint against the four judges with the Administrative Office of the U.S. Courts.

Sincerely yours,

Rosario A. Fiorani, Jr.
7115 Latour Court
Alexandria, VA 22315
(703) 719-0272

cc: FBI and OIG/IRS