UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Rosario A. Fiorani, Jr., )
)
Plaintiff, )
)
v. ) Civil Action No. 1:06-CV-00739
)
United States of America, et al., )
)
Defendants. )

## DECLARATION OF JOHN WANAT

I, John Wanat, declare as follows:

1. Until May 1, 2006, I was employed as a Special Agent, GS Series 1811, for the Department of Commerce, Office of Export Enforcement. On that date, I retired from my employment as a federal law enforcement officer. While I was a federal law enforcement officer for the Treasury Inspector General for Tax Administration (TIGTA) my post of duty was Baltimore, Maryland, at 31 Hopkins Plaza, Room 1410. I was assigned to this location in Baltimore for approximately four years (1997-2001). Before that I was assigned to 1111 Constitution Avenue, N.W., in Washington, D.C.

2. IRS Attorney Byron Smalley contacted me to inform me that Plaintiff Rosario Fiorani named me a Defendant in a lawsuit.

3. I have never been served with a copy of the summons or complaint in the Rosario Fiorani case. No one has ever mailed a copy to me at my home or office address, or otherwise attempted to deliver it to me.

4. I have not authorized anyone within the Treasury Department or IRS to accept service of process on my behalf in my private or individual capacity.

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14 (day) of September (month), 2006.

_____
JOHN WANAT