UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Rosario A. Fiorani, Jr.,  )
  )
   Plaintiff,  )
  )
v.  ) Civil Action No. 1:06-CV-00739
  )
United States of America, et al.,  )
  )
   Defendants.  )

## DECLARATION OF KEVIN M. DAVIES

I, Kevin M. Davies, declare as follows:

1. I am currently employed as a Special Agent, GS Series 1811, for the Treasury Inspector General for Tax Administration (TIGTA), Department of the Treasury. I am a federal law enforcement officer. My post of duty is Baltimore, Maryland, at 31 Hopkins Plaza, Room 1410. I have been assigned to this location in Baltimore for the past 3 years. Prior to that, I was assigned to West Virginia for 4 years. I have never been permanently assigned to 1111 Constitution Avenue, N.W., in Washington, D.C., although I have been detailed to work there for brief periods of time more than ten years ago.

2. IRS Attorney Byron Smalley contacted me to inform me that Plaintiff Rosario Fiorani named me a Defendant in a lawsuit.

3. I have never been served with a copy of the summons or complaint in the Rosario Fiorani case. No one has ever mailed a copy to me at my home or office address, or otherwise attempted to deliver it to me.

4. I have not authorized anyone within the Treasury Department or IRS to accept service of process on my behalf in my private or individual capacity.

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14 of September, 2006.

*/s/ Kevin M. Davies*
KEVIN M. DAVIES