UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSARIO A. FIORANI, JR.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0739 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant Glen A. Trimper's motion to adopt the United States' motion to dismiss [Dkt. No. 15] is GRANTED; it is further

ORDERED that the federal defendants' motion to dismiss [Dkt. No. 11] is GRANTED; and it is further

ORDERED that this case is DISMISSED.  This is a final appealable Order.


_____/s/_____
RICHARD W. ROBERTS
DATE: December 21, 2006           United States District Judge