# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

__ROSARIO A. FIORANI, JR.__
Plaintiff

vs.     Civil Action No. 06-0739 RWR

__UNITED STATES, ET AL__
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 4th day of January, 2007, that ROSARIO A. FIORANI, JR., PRO-SE, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 21st day of December, 2006 in favor of the United States, et al, against said Plaintiff, Pro-Se, Rosario A. Fiorani, JR.

_Rosario A. Fiorani, Jr._
~~Attorney or~~ Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

__CLERK__   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

KAREN L. MELNICK, ESQ.
U.S. ATTORNEYS OFFICE
555 FOURTH ST., N.W.
Room E-4112
WASHINGTON, DC 20530

RECEIVED JAN - 4 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT