# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5003**  **September Term, 2006**

06cv00739

Filed On: May 24, 2007 [1042585]

Rosario A. Fiorani, Jr.,
    Appellant

v.

United States of America, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/25/07
BY:
ATTACHED: __ Amending Order
                   __ Opinion
                   __ Order on Costs

**BEFORE:** Randolph, Garland, and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the opposition thereto; the motion for appointment of counsel; and appellant's brief, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted, and, on the court's own motion, the district court's order filed December 22, 2006, be summarily affirmed as to the remaining appellees. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has not demonstrated any error in the district court's dismissal of his action.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk